IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

JESSE DREICER, an individual,

       Plaintiff,

v.

SAFECO INSURANCE COMPANY OF
ILLINOIS, a Foreign Profit Corporation,

       Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff JESSE DRECIER, an individual, (hereinafter referred to as "Plaintiff"), hereby

sues Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, a Foreign Profit

Corporation, (hereinafter referred to as "SAFECO INSURANCE COMPANY OF ILLNOIS") and

alleges:

## JURISDICTION

1.     This is an action for damages which exceeds the sum of SEVENTY-FIVE

THOUSAND DOLLARS ($75,000.00). [1]

2.     At all times material hereto, Plaintiff was and is a resident of Duval County, Florida.

3.     At all times material hereto, Defendants, SAFECO INSURANCE COMPANY OF

ILLINOIS was and is an insurance company and was and is engaged in the business of issuing

insurance policies on motor vehicles in the State of Florida, including Duval County, Florida.

[1] The estimated value of Plaintiff's claim is in excess of the jurisdictional threshold minimum required by this Court. As such, Plaintiff has made this allegation in paragraph one of Plaintiff's Complaint and has entered "over 100,000" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the Civil Cover Sheet *for jurisdictional purposes only*. The actual value of Plaintiff's claim will be determined by a fair and just jury in light of the evidence, including non-economic damages, for which there is no exact standard for measuring such damage.

4.    In the best interest of judicial economy, venue is proper in Duval County, Florida.

5.    Prior to the motor vehicle crash of July 26, 2022, a policy of uninsured motorist coverage was purchased from Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, with a policy number of F3291623 which extended benefits to the Plaintiff herein.  The purpose of such uninsured motorist coverage was to provide insurance coverage in the event that the insured was injured by a party or parties who did not have sufficient insurance coverage to cover the damages suffered by the Plaintiff.   A copy of declarations of coverage given by SAFECO INSURANCE COMPANY OF ILLINOIS for the policy has been attached as Exhibit "A".

6.    Venue is proper in Duval County, Florida because the events giving rise to the negligence in this action occurred in Duval County, Florida.

## FACTUAL ALLEGATIONS

7.    On or about July 26, 2022, Plaintiff, JESSE DREICER was lawfully operating his motor vehicle southbound on Jefferson Street in the left lane approaching Water Street in Jacksonville, Duval County, Florida.

8.    At time that and place, Janell Tropasso, who was an uninsured/underinsured motorist, as defined by Florida Statute §627.727, negligently operated her 2018 Honda Civic so that the vehicle she was driving collided with the vehicle being driven by the Plaintiff, causing Plaintiff to be permanently injured.

9.    At all material times, Janell Tropasso, the uninsured/underinsured driver, was an uninsured/underinsured motorist as defined by Florida Statute §627.727.

## COUNT I-
## UNINSURED/UNDERINSURED MOTORIST CLAIM AGAINST  SAFECO INSURANCE COMPANY OF ILLINOIS

10.    Plaintiff repeats and realleges paragraphs 1 to 9 as if fully set forth herein.

11.    That at all times material hereto, SAFECO INSURANCE COMPANY OF ILLINOIS did sell and cause to be issued a policy of automobile liability insurance, policy number F3291623, which extended benefits to the Plaintiff herein.

12.    The above policy issued by SAFECO INSURANCE COMPANY OF ILLINOIS, which provided coverage to Plaintiff, contained Uninsured Motorist Policy Injury Coverage with limits of $500,000 each accident, (stacked limits).

13.    At all material times hereto, Janell Tropasso, the at-fault driver, did not have enough bodily injury insurance coverage or assets to cover all of Plaintiff's losses, injuries and damages resulting from the motor vehicle collision.

14.    As such, Janell Tropasso is an uninsured/underinsured motorist under Florida Statute §627.727, and the subject SAFECO INSURANCE COMPANY OF ILLINOIS Policy.

15.    Plaintiff, JESSE DREICER, has complied with all terms and conditions of the SAFECO INSURANCE COMPANY OF ILLINOIS policy, and further, performed all conditions precedent to the bringing of this action. In the alternative, if Plaintiff has not complied with some of the terms or conditions of the SAFECO INSURANCE COMPANY OF ILLINOIS has not been prejudiced in any manner whatsoever.

16.    Accordingly, SAFECO INSURANCE COMPANY OF ILLINOIS is obligated to provide the Plaintiff with uninsured motorist benefits under the terms of the automobile policy.

17.    SAFECO INSURANCE COMPANY OF ILLINOIS has failed to honor its above-referenced contract of insurance with the Plaintiff and has failed to acknowledge or settle the Plaintiff's claim for benefits for the policy of insurance for which is now due and remains unpaid, all to the damage of The Plaintiff.

18.    As a result of the motor vehicle collision and the foregoing allegations which have been incorporated and adopted herein.  Plaintiff has suffered permanent injuries and/or permanent aggravations of pre-existing injuries within a reasonable degree of medical probability and damages and seeks reimbursement from as a result of the motor vehicle collision and the foregoing allegations which have been incorporated and adopted herein, Plaintiff has suffered permanent injuries and/or permanent aggravations of pre-existing injuries within a reasonable degree of medical probability and damages and seeks reimbursement from SAFECO INSURANCE COMPANY OF ILLINOIS for all losses, injuries and damages incurred by him in the subject collision.

19.    As a direct and proximate result of the negligence of the underinsured motorist, Janell Tropasso, Plaintiff suffered bodily injuries, resulting pain and suffering, mental anguish, inconvenience, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, aggravation of a previously existing condition, and activation of a latent condition.  The injury, losses and damages in the future.

20.    In that injuries suffered by the Plaintiff are continuing in nature, he will continue to suffer pain disfigurement, scarring, psychological and emotional injuries, physical handicap and permanent injury in the future, loss of wages and earning capacity, and will be further compelled to extend great sums of money for future medical care and related treatment for those injuries and will continue to suffer the loss of capacity for the enjoyment of life.

**WHEREFORE**, Plaintiff, JESSE DREICER, an individual, demands judgment against Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, for damages, in excess of

$75,000.00, a trial by jury on all issues so triable, and any other relief this Court deems just and proper.

**COUNT II-**
**BAD FAITH CLAIM**

21.    Plaintiff adopts and re-alleges paragraphs 1-9 as it fully set forth herein.

22.    That this claim will ripen upon the determination by the Court or by confession of judgement by SAFECO INSURANCE COMPANY OF ILLINOIS that the Plaintiff, JESSE DREICER, is entitled to uninsured motorist benefits under the policy in an amount greater than SAFECO INSURANCE COMPANY OF ILLINOIS' highest offer of $96,300.00.

23.    That, on or about July 26, 2022, the Plaintiff, JESSE DREICER, was involved in an automobile crash caused by an underinsured motorist.

24.    That, at all times relevant, the Plaintiff, JESSE DREICER, was insured under an automobile insurance policy issued by Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS which provided underinsured motorist (UM) insurance coverage (policy number F329162301950) with policy limits of $500,000.00, each accident, stack times two (2) for injuries and damages sustained in the crash at issue (a copy of the policy provided by SAFECO INSURANCE COMPANY OF ILLINOIS, is attached hereto as Plaintiff's Exhibit "A").

25.    On or about July 26, 2022, the Plaintiff, JESSE DREICER, by and through his attorney, provided SAFECO INSURANCE COMPANY OF ILLINOIS with an offer to settle his underinsured motor claim for the policy limits of $1,000,000.00. SAFECO INSURANCE COMPANY OF ILLINOIS failed to accept this offer.

26.    As a result of the injuries caused by the negligence of the underinsured motorist and the relationship between the parties under the subject policy (Exhibit "A"), Defendant SAFECO INSURANCE COMPANY OF ILLINOIS owed a duty to the Plaintiff, JESSE

DREICER, to attempt in good faith to settle the Plaintiff's claim when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for Plaintiff's interests. Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS further owed the Plaintiff, JESSE DREICRE, a duty to refrain from engaging in unfair claim settlement practices.

27.    In addition, Defendant SAFECO INSURANCE COMPANY OF ILLINOIS breached its obligations to its insured, the Plaintiff, JESSE DRECIER, and acted in bad faith in that:

a.    Defendant failed to attempt in good faith to settle claims when, under all the circumstances, it should have done so;

b.    Defendant failed to act fairly and honestly toward its insured and with due regard for his interests;

c.    Defendant failed to adopt and implement standards for the proper investigation of claims;

d.    Defendant failed to acknowledge and act promptly upon communication with respect to claims;

e.    Defendant placed it own financial interest before that of Plaintiff;

f.    Defendant failed to pay when all conditions under the policy required it, in exercising good faith and fair dealing toward its insured, to pay; and/or

g.    Defendant failed to timely evaluate and pay benefits owed on the insurance policy.

28.    As a direct and proximate result of Defendant SAFECO INSURANCE COMPANY OF ILLINOIS' actions and/or inactions as set forth above, the Plaintiff, JESSE DRECIER, has been damaged.

29.    As a result of Defendant SAFECO INSURANCE COMPANY OF ILLINOIS'

failure to act in good faith and statutory violations alleged above, the Plaintiff, JESSE DREICER,

is entitled to recover the total amount of his damages pursuant to section 627.727 (10), Florida

Statutes, including all damages suffered as a result of the crash and all damages caused by

Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS' failure to act in good faith and

statutory violations above.

30.    Additionally, the Plaintiff, JESSE DREIER, has been required to hire attorney to

prosecute the bad faith action and has paid and/or is obligated to pay the attorneys for the

prosecutions of this action.  Plaintiff is entitled to recover the attorney's fees pursuant to Florida

Statutes §627.727; §624.155; §627.428, and or as direct consequential damages for Defendant's

bad faith conduct.

**WHEREFORE**, Plaintiff, JESSE DREICER, an individual, demands judgment against

Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, for total damages suffered by the

Plaintiff, including but not limited to, the amount of the excess verdict, attorney's fees, costs and

interest, and any additional relief that the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

The Plaintiff hereby demands a trial by jury of all of the issues so triable.

**DATED** this June 20, 2023.

*(Balance of page intentionally left blank)*

## CERTIFICATE OF SERVICE

**COKER LAW**

*/s/Daniel A. Iracki, Esquire*
**DANIEL A. IRACKI, ESQUIRE**
Florida Bar No.: 041212
N. JOEL HARRIS, ESQUIRE
Florida Bar No.: 048975
HOWARD C. COKER, ESQUIRE
Florida Bar No.: 141540
CHELSEA R. HARRIS, ESQUIRE
Florida Bar No.: 028368
136 East Bay Street, 2nd Floor
Jacksonville, Florida 32202
(904) 356-6071
(904) 353-2425 (Facsimile)
dai@cokerlaw.com (Primary)
njh@cokerlaw.com (Secondary)
cam@cokerlaw.com (Tertiary)

 **Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** F3291623

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL  32224-7909

**POLICY CHANGE**
  CHANGED EFFECTIVE:  MAR. 18  2022
POLICY PERIOD FROM:   SEPT 20 2021
               TO:   SEPT 20 2022
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
BRIGHTWAY INSURANCE, LLC
PO BOX 5700
JACKSONVILLE    FL  32247-5700

**AGENT TELEPHONE:**
1-866-472-3326

| RATED DRIVERS | JESSE DREICER, JESSICA DREICER |
|---|---|

| 2022 GMC<br>LOSS PAYEE | YUKON DENALI       4 DOOR<br>GM FINACIAL | ID# 1GKS1DKLXNR317943 |
|---|---|---|
| 2021 CADILLAC<br>LOSS PAYEE | ESCALADE PREMIUM L 4 DOOR<br>GM FINACIAL | ID# 1GYS4BKL4MR403040 |

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2022 GMC LIMITS | PREMIUMS | 2021 CADI LIMITS | PREMIUMS |
|---|---|---|---|---|
| COMBINED SINGLE LIMIT:<br>BODILY INJURY &<br>PROPERTY DAMAGE<br>LIABILITY | $500,000<br>Each Occurrence | $ 571.50 | $500,000<br>Each Occurrence | $ 497.40 |
| MEDICAL PAYMENTS | $5,000 | 18.80 | $5,000 | 18.50 |
| PERSONAL INJURY PROTECTION | | 68.80 | | 63.80 |
| UNINSURED MOTORISTS (STACKED LIMITS):<br>BODILY INJURY<br>LIABILITY | $500,000<br>Each Accident | 463.30 | $500,000<br>Each Accident | 423.80 |
| COMPREHENSIVE | Actual Cash Value<br>Less $1000 Deductible | 93.80 | Actual Cash Value<br>Less $1000 Deductible | 173.00 |
| COLLISION | Actual Cash Value<br>Less $1000 Deductible<br>Diminishing Ded $600 | 255.90 | Actual Cash Value<br>Less $1000 Deductible<br>Diminishing Ded $600 | 397.80 |
| ADDITIONAL COVERAGES:<br>LOSS OF USE | $50 Per Day/$1500 Max | 26.30 | $50 Per Day/$1500 Max | 26.30 |
| ULTRA COVERAGE LEVEL | | 176.80 | | 189.00 |
| | | TOTAL $ 1,675.20 | | TOTAL $ 1,789.60 |

|  | TOTAL EACH VEHICLE: | 2022 GMC<br>2021 CADI | $ 1,675.20<br>1,789.60 |
|---|---|---|---|

**PREMIUM SUMMARY**
VEHICLE COVERAGES
DISCOUNTS & SAFECO SAFETY REWARDS        You saved $1,060.20

**PREMIUM**
$ 3,464.80
Included
----------

**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES** ................................. **$ 3,464.80**

YOU SAVED $1,060.20 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
-CONTINUED-
P O BOX 704000, SALT LAKE CITY, UT 84170



Page 1 of 2

DATE PREPARED:  JULY 18 2022

 **Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** F3291623

### SAFECO INSURANCE COMPANY OF ILLINOIS
### AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

Anti-Lock Brakes
Account
Anti-Theft
Advance Quoting
Accident Free
Violation Free
Coverage
Homeowners
Multi-Car
Billing Plan
Both Side Air Bag

ULTRA COVERAGE LEVEL INCLUDES:
Accident forgiveness, auto loan/lease, Claims-Free Cash Back, diminishing deductible, dog and cat coverage, electronic lock and key replacement, emergency expenses, new vehicle replacement, personal property, roadside assistance, world-wide coverage for rental vehicles




**Safeco Insurance**™
A Liberty Mutual Company

**BRIGHTWAY INSURANCE, LLC**
PO BOX 5700
JACKSONVILLE    FL  32247-5700

June 28, 2022

Policy Number: F3291623
24-Hour Claims: 1-866-472-3326
Policy Service: 1-866-472-3326
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**
**IDENTIFICATION CARDS ENCLOSED**

JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL 32224-7909

Countersigned by:
Authorized Representative

for BRIGHTWAY INSURANCE, LLC

Thank you for allowing us to continue serving your insurance needs.

To ensure you are receiving the best coverage and value available, the following changes have been made to your 12-month automobile policy, including those requested by you or your agent or broker.

**2022 GMC YUKON DENALI**
  - Vehicle replaces your 2019 AUDI Q7 PREMIUM PLUS/SE.
  - This Loss Payee is added:
    GM FINACIAL
    PO BOX 398045
    MINNEAPOLIS MN 55439
  - This Additional Interest is added:
    GM FINACIAL
    PO BOX 398045
    MINNEAPOLIS MN 55439

This change is effective June 28, 2022.   Please place this letter with your insurance policy. Information on coverages and limits can be found on the revised Declarations page, enclosed.

The additional premium for this change is $19.88.   The billing for this amount will be explained on your next billing statement.

Since you've purchased a new car, consider adding Safeco's new vehicle replacement coverage to your policy.   It pays the full purchase price for your brand new vehicle during the first year of ownership in the event of a total loss.

If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-866-472-3326.

PLEASE SEE REVERSE
**SAFECO INSURANCE COMPANY OF ILLINOIS**

OC-429/EP 10/13

 **Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** F3291623

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL  32224-7909

**POLICY CHANGE**
 CHANGED EFFECTIVE:    JUNE 28 2022
**POLICY PERIOD FROM:**  SEPT 20 2021
                TO:  SEPT 20 2022

at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
BRIGHTWAY INSURANCE, LLC
PO BOX 5700
JACKSONVILLE    FL    32247-5700

**AGENT TELEPHONE:**
1-866-472-3326

**RATED DRIVERS    JESSE DREICER, JESSICA DREICER**

| | | |
|---|---|---|
| **2022 GMC** | YUKON DENALI          4 DOOR | ID# 1GKS1DKLXNR317943 |
| LOSS PAYEE | GM FINACIAL | |
| **2021 CADILLAC** | ESCALADE PREMIUM L 4 DOOR | ID# 1GYS4BKL4MR403040 |
| LOSS PAYEE | GM FINACIAL | |

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2022 GMC LIMITS | PREMIUMS | 2021 CADI LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $  607.80 | $500,000 Each Occurrence | $   527.60 |
| **MEDICAL PAYMENTS** | $5,000 | 21.00 | $5,000 | 20.60 |
| **PERSONAL INJURY PROTECTION** | | 63.00 | | 58.50 |
| **UNINSURED MOTORISTS (STACKED LIMITS):** BODILY INJURY LIABILITY | $500,000 Each Accident | 511.20 | $500,000 Each Accident | 467.50 |
| **COMPREHENSIVE** | Actual Cash Value Less $1000 Deductible | 97.40 | Actual Cash Value Less $1000 Deductible | 180.20 |
| **COLLISION** | Actual Cash Value Less $1000 Deductible Diminishing Ded $600 | 247.20 | Actual Cash Value Less $1000 Deductible Diminishing Ded $600 | 383.70 |
| **ADDITIONAL COVERAGES:** LOSS OF USE | $50 Per Day/$1500 Max | 25.30 | $50 Per Day/$1500 Max | 25.30 |
| **ULTRA COVERAGE LEVEL** | | 185.70 ---------- | | 196.50 ---------- |
| | | **TOTAL $ 1,758.60** | | **TOTAL $ 1,859.90** |



-CONTINUED-
P O BOX 704000, SALT LAKE CITY, UT 84170

SA-1697/EP 9/90
G15

Page 1 of 3

DATE PREPARED:  JUNE 28 2022

 **Insurance™**
A Liberty Mutual Company

**POLICY NUMBER:** F3291623

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

**NAMED INSURED:**
JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL 32224-7909

**POLICY CHANGE**
CHANGED EFFECTIVE:  JUNE 28 2022
POLICY PERIOD FROM: SEPT 20 2021
               TO: SEPT 20 2022

at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
BRIGHTWAY INSURANCE, LLC
PO BOX 5700
JACKSONVILLE     FL 32247-5700

**AGENT TELEPHONE:**
1-866-472-3326

---

**RATED DRIVERS   JESSE DREICER, JESSICA DREICER**

**1997 LAND ROVER DEFENDER 90    2 DOOR          ID# SALDV3249VA130566**

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 1997 LNDR LIMITS | PREMIUMS |
|---|---|---|
| COMBINED SINGLE LIMIT:<br>BODILY INJURY AND<br>PROPERTY DAMAGE<br>LIABILITY | $500,000<br>Each Occurrence | $  229.30 |
| MEDICAL PAYMENTS | $5,000 | 5.60 |
| PERSONAL INJURY PROTECTION | | 29.20 |
| UNINSURED MOTORISTS (STACKED LIMITS):<br>BODILY INJURY<br>LIABILITY | $500,000<br>Each Accident | 119.70 |
| COMPREHENSIVE | Actual Cash Value<br>Less $100 Deductible | 52.30 |
| COLLISION | Actual Cash Value<br>Less $100 Deductible<br>Diminishing Ded $0 | 69.70 |
| ADDITIONAL COVERAGES:<br>LOSS OF USE | $50 Per Day/$1500 Max | 5.00 |
| ULTRA COVERAGE LEVEL | | 60.80 |
| | TOTAL $ | 571.60 |

| TOTAL EACH VEHICLE: | 2022 GMC<br>2021 CADI<br>1997 LNDR | $ 1,758.60<br>1,859.90<br>571.60 |
|---|---|---|

**PREMIUM SUMMARY**

| | | PREMIUM |
|---|---|---|
| VEHICLE COVERAGES | | $ 4,190.10 |
| DISCOUNTS & SAFECO SAFETY REWARDS | You saved $1,345.00 | Included |

**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES** ................................... **$ 4,190.10**

YOU SAVED $1,345.00 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
    Anti-Lock Brakes
    Account
    Anti-Theft

-CONTINUED-
P O BOX 704000, SALT LAKE CITY, UT 84170

187  0000072D0NQUI9132I8574167



**POLICY NUMBER:  F3291623**

### SAFECO INSURANCE COMPANY OF ILLINOIS
### AUTOMOBILE POLICY DECLARATIONS
#### (CONTINUED)

Advance Quoting
Accident Free
Violation Free
Coverage
Homeowners
Multi-Car
Billing Plan
Both Side Air Bag
Low Mileage

ULTRA COVERAGE LEVEL INCLUDES:
   Accident forgiveness, auto loan/lease, Claims-Free Cash Back, diminishing
   deductible, dog and cat coverage, electronic lock and key replacement, emergency
   expenses, new vehicle replacement, personal property, roadside assistance,
   world-wide coverage for rental vehicles







**POLICY NUMBER:** F3291623

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL 32224-7909

**POLICY CHANGE**
CHANGED EFFECTIVE: MAR. 2 2022
POLICY PERIOD FROM: SEPT 20 2021
TO: SEPT 20 2022
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
BRIGHTWAY INSURANCE INC
PO BOX 5700
JACKSONVILLE FL 32247-5700

**AGENT TELEPHONE:**
1-866-472-3326

| RATED DRIVERS | JESSE DREICER, JESSICA DREICER | |
|---|---|---|
| **2019 AUDI** | Q7 PREMIUM PLUS/SE 4 DOOR | ID# WA1LHAF74KD035369 |
| **2021 CADILLAC** | ESCALADE PREMIUM L 4 DOOR | ID# 1GYS4BKL4MR403040 |
| LOSS PAYEE | GM FINACIAL | |

Insurance is afforded only for the coverages for which limits of liability or
premium charges are indicated.

| COVERAGES | 2019 AUDI LIMITS | PREMIUM | 2021 CADI LIMITS | PREMIUM |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 473.10 | $500,000 Each Occurrence | $ 527.60 |
| **MEDICAL PAYMENTS** | $5,000 | 18.50 | $5,000 | 20.60 |
| **PERSONAL INJURY PROTECTION** | | 53.40 | | 58.50 |
| **UNINSURED MOTORISTS (STACKED LIMITS):** BODILY INJURY LIABILITY | $500,000 Each Accident | 450.10 | $500,000 Each Accident | 467.50 |
| **COMPREHENSIVE** | Actual Cash Value Less $1000 Deductible | 146.60 | Actual Cash Value Less $1000 Deductible | 180.20 |
| **COLLISION** | Actual Cash Value Less $1000 Deductible Diminishing Ded $600 | 332.00 | Actual Cash Value Less $1000 Deductible Diminishing Ded $600 | 383.70 |
| **ADDITIONAL COVERAGES:** LOSS OF USE | $50 Per Day/$1500 Max | 21.80 | $50 Per Day/$1500 Max | 25.30 |
| **ULTRA COVERAGE LEVEL** | | 176.70 | | 196.50 |
| | TOTAL $ | 1,672.20 | TOTAL $ | 1,859.90 |

-CONTINUED-
P O BOX 704000, SALT LAKE CITY, UT 84170

178 0000072DONQUI9132185741 70



**POLICY NUMBER:** F3291623

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

**NAMED INSURED:**
JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL 32224-7909

**AGENT:**
BRIGHTWAY INSURANCE INC
PO BOX 5700
JACKSONVILLE    FL   32247-5700

**POLICY CHANGE**
 CHANGED EFFECTIVE:  MAR.  2 2022
 POLICY PERIOD FROM:  SEPT 20 2021
                  TO:  SEPT 20 2022
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT TELEPHONE:**
1-866-472-3326

**RATED DRIVERS    JESSE DREICER, JESSICA DREICER**

**1997 LAND ROVER DEFENDER 90    2 DOOR**    ID# SALDV3249VA130566

Insurance is afforded only for the coverages for which limits of liability or
premium charges are indicated.

| COVERAGES | 1997 LNDR LIMITS | PREMIUM |
|---|---|---|
| COMBINED SINGLE LIMIT:<br>BODILY INJURY AND<br>PROPERTY DAMAGE<br>LIABILITY | $500,000<br>Each Occurrence | $  229.30 |
| MEDICAL PAYMENTS | $5,000 | 5.60 |
| PERSONAL INJURY PROTECTION | | 29.20 |
| UNINSURED MOTORISTS (STACKED LIMITS):<br>BODILY INJURY<br>LIABILITY | $500,000<br>Each Accident | 119.70 |
| COMPREHENSIVE | Actual Cash Value<br>Less $100 Deductible | 52.30 |
| COLLISION | Actual Cash Value<br>Less $100 Deductible<br>Diminishing Ded $0 | 69.70 |
| ADDITIONAL COVERAGES:<br>LOSS OF USE | $50 Per Day/$1500 Max | 5.00 |
| ULTRA COVERAGE LEVEL | | 60.80 |
| | TOTAL $ | 571.60 |

| TOTAL EACH VEHICLE: | 2019 AUDI | $ 1,672.20 |
|---|---|---|
| | 2021 CADI | 1,859.90 |
| | 1997 LNDR | 571.60 |

**PREMIUM SUMMARY**                                              **PREMIUM**
 VEHICLE COVERAGES                                      $ 4,103.70
 DISCOUNTS & SAFECO SAFETY REWARDS    You saved $1,308.20    Included

**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES** ................................. $ 4,103.70

YOU SAVED $1,308.20 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
        Anti-Lock Brakes
        Account
        Anti-Theft

-CONTINUED-
P O BOX 704000, SALT LAKE CITY, UT 84170

SA-1697/EP 9/90                    Page 2 of 3            DATE PREPARED:  MAR.  2 2022
G15



**A Liberty Mutual Company**

**POLICY NUMBER:  F3291623**

### SAFECO INSURANCE COMPANY OF ILLINOIS
### AUTOMOBILE POLICY DECLARATIONS
#### (CONTINUED)

**Advance Quoting**
**Accident Free**
**Violation Free**
**Coverage**
**Homeowners**
**Multi-Car**
**Billing Plan**
**Both Side Air Bag**
**Low Mileage**

**ULTRA COVERAGE LEVEL INCLUDES:**
Accident forgiveness, auto loan/lease, Claims-Free Cash Back, diminishing deductible, dog and cat coverage, electronic lock and key replacement, emergency expenses, new vehicle replacement, personal property, roadside assistance, world-wide coverage for rental vehicles

171X

# ULTRA LEVEL ENDORSEMENT

It is agreed that the Essential Personal Auto Policy is amended as follows:

## PART A — LIABILITY COVERAGE

If the Declarations indicates that Part A — Liability Coverage applies, then the following applies:

### SUPPLEMENTARY PAYMENTS

Item 1. is amended to increase the $250 to $1,000.

Item 4. is amended to increase the $200 a day to $400 a day.

## PART B — MEDICAL PAYMENTS COVERAGE

If the Declarations indicates that Part B — Medical Payments Coverage applies, then the following applies:

### LIMIT OF LIABILITY

The following is added:

If you or a **family member** die within three years of an auto accident because of **bodily injury** sustained in the accident, we will pay:

1. The unused part of the Medical Payments Coverage limits; and

2. $2,000 for each such death;

This additional payment is subject to a total of $4,000 payable to the surviving kin or legal representative.

## PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

The following items apply in the event of a covered **collision or comprehensive** loss:

### INSURING AGREEMENT

The following definition is added:

**"New vehicle"** means any vehicle other than a motorhome or **trailer** for which you are the original owner and the vehicle has not been previously titled.

### DEDUCTIBLE

The following deductible provisions are added:

4. We will not apply the **collision** deductible when the loss is caused by a **collision** between **your covered auto** and another vehicle, provided:

   a. The owner or operator of the other vehicle has been identified; and

   b. The owner or operator of the other vehicle is legally liable for the loss to **your covered auto** and the operator of **your covered auto** is not legally responsible, in any way, for causing or contributing to the loss; and

   c. There is a valid property damage liability insurance policy applicable at the time of the accident with respect to the person or organization legally responsible for such loss to **your covered auto**.

5. We will not apply the **comprehensive** deductible if there is a covered loss to **your covered auto** or any **non-owned auto** and we declare a total loss.

6. Your **collision** deductible will decrease $50 with each 6 month renewal or $100 for each annual renewal up to a $500 total decrease in your deductible. This diminishing deductible is shown on the Declarations. The policy remains eligible for the diminishing deductible until an at-fault accident is surcharged to the policy.

**TRANSPORTATION EXPENSES** provision is amended as follows:

**B.1.** is replaced by the following:

1. Up to $25 per day, to a maximum of $750; or

The following coverages are added:

## ADDITIONAL COVERAGES APPLICABLE TO PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

### ELECTRONIC LOCK AND KEY REPLACEMENT DEDUCTIBLE WAIVER

If the electronic keys or electronic remote control pads to **your covered auto** are lost or stolen, we will pay for replacement of electronic keys, electronic remote control pads and the locks or codes without application of a deductible.

### KEY AND LOCK COVERAGE FOR RECREATIONAL VEHICLES

We will pay up to $200 in any one occurrence to repair or replace a key used to operate **your covered auto** or **non-owned auto** which is a recreational vehicle. This coverage also applies to repair or replace door or window locks on **your covered auto** or **non-owned auto** when it is likely that the corresponding key has been stolen.

Coverage does not apply to any residence premises where **you** reside or dwelling under construction or renovation.

The most we will pay for this coverage in any one policy period is $200, regardless of the number of claims made under this coverage.

### WORLD-WIDE RENTAL

We will provide Comprehensive and/or Collision coverage for any private passenger auto **you** or a **family member** rent for up to 90 consecutive days anywhere in the world. In addition we will pay up to $25 per day subject to a maximum limit of $750, or the limit for Loss of Use shown in the Declarations, whichever is greater, for indirect loss expense that you are liable for in the event of a loss covered under this policy. Our payment for indirect loss expense will be limited to that period of time reasonably required to repair or replace the rental vehicle. If a rental car company disputes an amount paid by us, we will be responsible for resolving such disputes. No deductible applies to this coverage.

### COVERAGE FOR INJURY OR DEATH TO YOUR DOG OR CAT

In the event of a **collision** involving **your covered auto** or **non-owned auto**, we will pay either:

1. Up to $500 for usual and customary charges incurred for **veterinary expenses** for **your covered pet** as a result of the **collision**; or

2. $500 if **your covered pet** dies as a result of the **collision**.

The $500 limit for this coverage is the most we will pay regardless of the number of **your covered pets** that are injured or die in the **collision**.

This coverage applies only if **your covered pet** is inside **your covered auto** or **non-owned auto** at the time of **the collision**.

**"Veterinary expenses"** means reasonable and necessary procedures and medications prescribed by the veterinarian for treatment of injuries to **your covered pet** resulting from the **collision**.

**Your covered pet** means any dog or cat owned by you or a **family member**.

The Exclusions under Part D — Coverage for Damage to Your Auto apply to this coverage.

No deductible applies to this coverage.

### AUTO LOAN/LEASE COVERAGE

In the event of a total loss to **your covered auto** we will pay any unpaid amount due on the lease or loan for **your covered auto** less:

1. The amount paid under Part D — Coverage for Damage to Your Auto of the policy; and

2. Any:

   a. overdue loan/lease payments at the time of loss;

   b. financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

c. security deposits not refunded by a lessor;

d. cost for extended warranties, Credit Life Insurance, Health, Accident or Disability insurance purchased with the loan or lease; or

e. carry-over balances from previous loans or leases.

However, the total amount payable under this coverage will not exceed 125% of the actual cash value of **your covered auto**.

This coverage does not apply if the **new vehicle** replacement provision under the Limit of Liability applies.

## EMERGENCY EXPENSES

A. We will reimburse you up to $100, or $200 if **your covered auto** is a **recreational vehicle**, for necessary travel expenses actually incurred by you or a **family member** if **your covered auto** or any **non-owned auto** is disabled to the degree that it may not be driven safely. Coverage begins at the place of disablement and ends when you or any **family member** arrive at your residence or arrive at the nearest location **your covered auto** or **non-owned auto** can be repaired or replaced.

B. If you are more than 50 miles from your residence and **your covered auto** or any **non-owned auto** sustains a loss covered under the Collision or Comprehensive coverages of your policy and is inoperable or not safe for driving, we will pay up to $500 in any one occurrence, or $300 per day or a maximum of $1,500 if **your covered auto** is a recreational vehicle, for reasonable and necessary expenses for:

1. Alternative transportation for you to continue to your destination or residence.

2. Meals and lodging necessary when the loss to **your covered auto** or any **non-owned auto** causes a delay in your travel. The expenses must be incurred between the time of the loss and your arrival at your destination or residence or by the end of the fifth day, whichever comes first.

3. Meals, lodging and transportation expenses you incur when you or any other person you choose drives **your covered auto** or **non-owned auto** from the place of repair to your destination or residence.

No deductible applies to this coverage.

## PERSONAL PROPERTY

We will pay up to $500 for theft or damage to personal property owned or used by you or any **family member**, while located in **your covered auto** or **non-owned auto**. This coverage does not apply to any animals, birds or fish, motorized vehicles, **business** property or money, prepaid cards, monetary value on a prepaid chip or card, securities, debit cards, checks or other negotiable items.

## EXCLUSIONS

Exclusion **6.** is amended by increasing the $500 to $1,000.

Exclusion **18.** is amended by increasing the $500 to $1,000.

## LIMIT OF LIABILITY

The Limit of Liability is amended as follows:

Additionally, in the event of a total loss to your **new vehicle** we will pay at your option:

1. The **new vehicle** purchase price paid for your damaged vehicle, not including any insurance or warranties purchased;

2. The purchase price, as negotiated by us, of a **new vehicle** of the same or similar make, model and equipment, not including any furnishings, parts or equipment not installed by the original vehicle manufacturer or manufacturer's dealership; or

3. The market value of your damaged vehicle, not including any furnishings, parts or equipment not installed by the original vehicle manufacturer or manufacturer's dealership. This coverage is provided without deduction for depreciation.

Coverage for a **new vehicle** will be applicable for no more than 365 days from the date of purchase of the vehicle to which it applies, plus the remainder of the policy term in which the 365th day from purchase ends.

Paragraph B. under the Limit of Liability is deleted.

**CLAIMS-FREE CASH BACK™**

Your policy may be eligible for up to two Claims-Free Cash Back rewards per year. We will review your policy twice per year. In order to receive the reward, you must meet the following eligibility requirements at the time of the review:

1. You have an active annual auto policy with us;

2. There have been no claims reported to our system over the past six months (except as specified below);

   a. For the purposes of this review, the following types of claims will not be considered:

      I. Claims where you are not at fault, as determined by us,

      II. Claims involving Comprehensive coverage only,

      III. At-fault claims that are below the current threshold for a surcharge.

3. You do not have a past due balance on the account for the policy being reviewed; and

4. You had continuous Ultra coverage during the review period.

**ADDITIONAL COVERAGES**

**ROADSIDE ASSISTANCE COVERAGE**

This coverage is automatically included under this endorsement for no additional premium.

All other provisions of the policy apply.



**Safeco Insurance**™
A Liberty Mutual Company

BRIGHTWAY INSURANCE INC
PO BOX 5700
JACKSONVILLE    FL   32247-5700

August 12, 2021

Policy Number:  F3291623
24-Hour Claims:  1-866-472-3326
Policy Service:  1-866-472-3326
Online Account Services:  www.safeco.com

JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL  32224-7909

**THIS IS NOT A BILL.**
**IDENTIFICATION CARDS ENCLOSED**

Countersigned by:
Authorized Representative

for BRIGHTWAY INSURANCE INC



Thank you for allowing us to continue serving your insurance needs.

To ensure you are receiving the best coverage and value available, the following changes have been made to your 12-month automobile policy, including those requested by you or your agent or broker.

2021 CADILLAC ESCALADE PREMIUM L
   - Vehicle replaces your 2019 CADILLAC ESCALADE LUXURY.
   - This Loss Payee is added:
   GM FINACIAL
   PO BOX 398045
   MINNEAPOLIS MN 55439

   Your discounts or surcharges have changed.   Please read the enclosed policy declarations page carefully.

This change is effective July 30, 2021.   Please place this letter with your insurance policy. Information on coverages and limits can be found on the revised Declarations page, enclosed.

The additional premium for this change is $324.76.   The billing for this amount will be explained on your next billing statement.

If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-866-472-3326.

**PLEASE SEE REVERSE**
**SAFECO INSURANCE COMPANY OF ILLINOIS**

OC-429/EP 10/13

We appreciate the opportunity to serve you.   Thank you.


Personal Lines Underwriting

 **Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** F3291623

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL  32224-7909

**POLICY PERIOD FROM:**  SEPT 20 2021
**TO:**  SEPT 20 2022
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
BRIGHTWAY INSURANCE INC
PO BOX 5700
JACKSONVILLE    FL    32247-5700

**AGENT TELEPHONE:**
1-866-472-3326

| RATED DRIVERS | JESSE DREICER, JESSICA DREICER | |
|---|---|---|
| **2019 AUDI** | Q7 PREMIUM PLUS/SE 4 DOOR | ID# WA1LHAF74KD035369 |
| **2021 CADILLAC** | ESCALADE PREMIUM L 4 DOOR | ID# 1GYS4BKL4MR403040 |
| LOSS PAYEE | GM FINACIAL | |

Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.

| COVERAGES | 2019 AUDI LIMITS | PREMIUMS | 2021 CADI LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 446.80 | $500,000 Each Occurrence | $ 497.40 |
| **MEDICAL PAYMENTS** | $5,000 | 16.60 | $5,000 | 18.50 |
| **PERSONAL INJURY PROTECTION** | | 58.00 | | 63.80 |
| **UNINSURED MOTORISTS (STACKED LIMITS):** BODILY INJURY LIABILITY | $500,000 Each Accident | 408.10 | $500,000 Each Accident | 423.80 |
| **COMPREHENSIVE** | Actual Cash Value Less $1000 Deductible | 140.80 | Actual Cash Value Less $1000 Deductible | 173.00 |
| **COLLISION** | Actual Cash Value Less $1000 Deductible Diminishing Ded $600 | 344.10 | Actual Cash Value Less $1000 Deductible Diminishing Ded $600 | 397.80 |
| **ADDITIONAL COVERAGES:** LOSS OF USE | $50 Per Day/$1500 Max | 22.60 | $50 Per Day/$1500 Max | 26.30 |
| **ULTRA COVERAGE LEVEL** | | 169.80 | | 189.00 |
| | TOTAL $ | 1,606.80 | TOTAL $ | 1,789.60 |

|  | TOTAL EACH VEHICLE: | 2019 AUDI | $ 1,606.80 |
|---|---|---|---|
|  |  | 2021 CADI | 1,789.60 |

| **PREMIUM SUMMARY** | | | **PREMIUM** |
|---|---|---|---|
| VEHICLE COVERAGES | | | $ 3,396.40 |
| DISCOUNTS & SAFECO SAFETY REWARDS | | You saved $1,032.20 | Included |

**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES** ............................... **$ 3,396.40**

YOU SAVED $1,032.20 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
    Anti-Lock Brakes

-CONTINUED-
P O BOX 704000, SALT LAKE CITY, UT 84170

SA-1697/EP 9/90
G15

Page 1 of 2

DATE PREPARED:  AUG. 12 2021

**Safeco Insurance™**
A Liberty Mutual Company

**POLICY NUMBER: F3291623**

### SAFECO INSURANCE COMPANY OF ILLINOIS
### AUTOMOBILE POLICY DECLARATIONS
#### (CONTINUED)

**Account**
**Anti-Theft**
**Advance Quoting**
**Accident Free**
**Violation Free**
**Coverage**
**Homeowners**
**Multi-Car**
**Billing Plan**
**Both Side Air Bag**

**ULTRA COVERAGE LEVEL INCLUDES:**
Accident forgiveness, auto loan/lease, Claims-Free Cash Back, diminishing deductible, dog and cat coverage, electronic lock and key replacement, emergency expenses, new vehicle replacement, personal property, roadside assistance, world-wide coverage for rental vehicles



**A Liberty Mutual Company**

BRIGHTWAY INSURANCE INC
PO BOX 5700
JACKSONVILLE    FL   32247-5700

**August 8, 2021**

Policy Number:  F3291623
24-Hour Claims:  1-866-472-3326
Policy Service:  1-866-472-3326
Online Account Services:  www.safeco.com

JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL  32224-7909

**THIS IS NOT A BILL.**
**IDENTIFICATION CARDS ENCLOSED**

Countersigned by:
Authorized Representative

for BRIGHTWAY INSURANCE INC



Information on your automobile policy renewal:

**Because we value your auto business we will continue to apply a multi-policy discount to your auto policy even though you may not have your home, condo, or renter's policy with Safeco anymore.   We have also increased this discount by 5%.**

With this renewal the following changes were made, including those requested by you or your agent or broker:

Please place the enclosed insurance identification cards in the vehicle listed on the card.

Your new 12-month policy period will begin on September 20, 2021.   Your policy will renew automatically if you continue to pay the premium.
The renewal premium is $3,112.10.

This is not a bill.   Your bill will be sent separately about 25 days before it is due.   It will provide more information about amounts you may pay and your payment due date.   For more information about fees, please see the enclosed policy declarations page and the back of your billing statement.

If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-866-472-3326.

Thank you for entrusting us with your insurance needs.

Tyler Asher
President, Safeco Insurance

**SAFECO INSURANCE COMPANY OF ILLINOIS**

OC-429/EP 10/13

**Information about your Policy**

Policy Number: F3291623

JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL  32224-7909

Like many insurance companies, Safeco Insurance considers many factors, including information based on your credit history, claims and auto characteristics to determine your premium. You have the option to request that we re-evaluate your auto insurance rate with up-to-date factors using the same factors prior to your next renewal effective date. Policy re-evaluation is limited to one request per calendar year and it may result in a quoted premium either higher or lower than your current premium. Any changes will be applied upon re-evaluation.

To submit a request, return this form to:

Safeco Insurance
Attn: UW Verification & Policy Support
P.O. Box 515097
Los Angeles, CA 90051-5097

or

Fax it to (877) 344-5107.

By returning this form, you request Safeco Insurance to re-evaluate your policy based on your current credit information.

CN-7403/EP 11/15

## FLORIDA UNINSURED MOTORIST INSURANCE — IMPORTANT NOTICE

**YOU ARE ELECTING NOT TO PURCHASE CERTAIN VALUABLE COVERAGE WHICH PROTECTS YOU AND YOUR FAMILY OR YOU ARE PURCHASING UNINSURED MOTORIST LIMITS LESS THAN YOUR BODILY INJURY LIABILITY LIMITS WHEN YOU SIGN THIS FORM. PLEASE READ CAREFULLY.**

Florida law requires that we provide you with Uninsured Motorists Coverage equal to your policy's Bodily Injury Liability limits unless you request lower limits or reject this coverage altogether.

Uninsured Motorists Coverage provides for payment of certain benefits for damages caused by owners or operators of uninsured motor vehicles, hit-and-run motor vehicles whose owner cannot be identified, operators whose bodily injury liability insurance or bond limits are less than the amount of bodily injury losses incurred, and owners or operators whose insurance or bond company is insolvent. The damages covered include bodily injury, sickness or disease, or death.

Uninsured Motorists Coverage may also provide benefits for pain, suffering, mental anguish and inconvenience if the disease consists in whole or in part of certain types of permanent and significant injury, including loss of important bodily functions and scarring or disfigurement, and death.

Your Uninsured Motorists Coverage Limits will equal your Bodily Injury Liability limits unless you select or have selected in writing to reject this coverage entirely or to purchase lower limits. Please indicate your coverage below. Note you cannot select Uninsured Motorists Coverage limits that are greater than your Bodily Injury Liability limits.

**New Florida Customers:**
**If you do not elect any of the options below, your policy will include Uninsured Motorists Coverage limits equal to your Bodily Injury Liability limits.**

**Renewal/Existing Florida Customers:**
**If you previously have purchased or rejected Uninsured Motorists Coverage, your current policy declaration will reflect that choice. That selection will continue to apply to your existing policy and any policy that renews, extends, changes, supersedes or replaces your existing policy. It will only change if you request in writing that it be changed, and you pay the appropriate premium for the changed coverage. However, if you change your Bodily Injury Liability limits, your Uninsured Motorists Coverage limits will equal your revised Bodily Injury Liability limits until you have completed a new election form.**

☐   I reject Uninsured Motorists Coverage entirely.

☐   I select Uninsured Motorists Coverage limits equal to my Bodily Injury Liability limits. (If you select this option, disregard the bold statement on the top of this page unless you elect the non-stacked option under ELECTION OF STACKED OR NON-STACKED COVERAGE shown below on this form.)

☐   I select the limit of Uninsured Motorists Coverage checked below, which is lower than my Bodily Injury Liability limits.

(Choose One):
**Uninsured Motorists Limits of Liability**

| | |
|---|---|
| ☐ $10,000/$20,000 | ☐ $100,000/$300,000 |
| ☐ $25,000/$50,000 | ☐ $250,000/$500,000 |
| ☐ $50,000/$100,000 | ☐ $300,000/$300,000 |
| ☐ $100,000/$100,000 | ☐ $500,000/$500,000 |
| | ☐ $_____ |
| |      Other |

Also, please understand your Uninsured Motorists Coverage election applies to your liability insurance policy and any future policy that renews, extends, changes, supersedes or replaces an existing policy issued at the same Bodily Injury Liability limits. If you decide to elect a different alternative at some future time, you must let the Company know in writing.

**NAME AND ADDRESS:** JESSE DREICER

                    JESSICA DREICER

                    12948 HUNTLEY MANOR DR

                    JACKSONVILLE FL  32224-7909

**POLICY NUMBER:** F3291623

Signature of Applicant/Named Insured: _____ Date _____

## ELECTION OF STACKED OR NON-STACKED COVERAGE
### (Do not complete if you have rejected Uninsured Motorists.)

You have the option to purchase either Stacked or Non-Stacked Uninsured Motorists Coverage. If you choose Stacked Coverage, the Uninsured Motorists Coverage limits on motor vehicles you insure under this policy will be added together ("stacked") for all covered injuries to increase the total Uninsured Motorists Coverage limits available to an injured insured. As an alternative to Stacked Uninsured Motorists Coverage without the limitations described below, you may purchase Non-Stacked Uninsured Motorists Coverage at a reduced rate, subject to the limitations that follow.

If you select Non-Stacked Uninsured Motorists Coverage, then your Uninsured Motorists Coverage Limits on the vehicle you insure will not be added together to increase the limit of Uninsured Motorists Coverage available to any injured person for any one accident. If at the time of the accident the injured person is occupying a motor vehicle, the Uninsured Motorists Coverage available to him or her is the coverage available as to that motor vehicle. If you or your resident family member are occupying a vehicle not owned by you or a family member residing in your household, the injured insured will be entitled to the highest limit of Uninsured Motorists Coverage afforded to any one vehicle as to which the injured insured is a named insured or family member. Such coverage shall be excess over the coverage on the vehicle the injured person is occupying. If at the time of the accident the injured person is not occupying a motor vehicle, he or she is entitled to select any one limit of Uninsured Motorists Coverage for any one vehicle afforded by a policy under which he or she is insured as a named insured or as an insured resident of the named insured's household.

The Non-Stacked Uninsured Motorists Coverage provided by the policy does not apply to the named insured or family members residing in his or her household who are injured while occupying any vehicle owned by such insureds for which Uninsured Motorists Coverage was not purchased.

**New Florida Customers:**
**If you have purchased Uninsured Motorists Coverage but do not elect either Stacked or Non-Stacked Coverage, your policy will include Stacked Uninsured Motorists Coverage.**

**Renewal/Existing Florida Customers:**
**If you have purchased Uninsured Motorists Coverage, your current policy declaration will reflect either Stacked or Non-Stacked Coverage. That selection will continue to apply to your existing policy and any policy that renews, extends, changes, supersedes or replaces your existing policy. It will only change if you request in writing that it be changed, and you pay the appropriate premium for the changed coverage. Even if you change your Bodily Injury Liability limits, your previous selection of Stacked or Non-Stacked Coverage will not change until you have completed a new election form.**

☐ I hereby elect the Non-Stacked form of Uninsured Motorists Coverage.

☐ I hereby elect the Stacked form of Uninsured Motorists Coverage. (If you select this option, please disregard the bold statement at the top of page 1 of this form, unless you selected Uninsured Motorists Coverage limits less than your Bodily Injury Liability limits.)

I understand and agree that if I select stacked or non-stacked coverage, this selection applies to any policy that renews, extends, changes, supersedes or replaces an existing policy. It will only change if I request that it be changed and I pay the appropriate premium for the changed coverage.

**NAME AND ADDRESS:** JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL 32224-7909

Signature of Applicant/Named Insured: _____  Date _____

**Personal Injury Protection**

**Offer of Deductible and Exclusion of Coverage For Loss of Gross Income and Earning Capacity**

A Florida law requires that, "For personal injury protection insurance, the named insured may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages"). These elections apply to the named insured alone, or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent resident relatives are employed, since lost wages will not be payable in the event of an accident." **Please note:** A premium reduction may result from the optional deductible selections. However, a $0 deductible selection will result in no premium reduction.

I hereby elect a deductible of: _____ $250    _____ $500    _____ $1,000 or,    _____ $0 (if "$0" is selected, I do not want a deductible).

Choose one. This deductible applies to the named insured only _____ YES    _____ NO
or to the named insured and all dependent resident relatives _____ YES    _____ NO

I hereby elect to exclude coverage for loss of gross income and loss of earning capacity _____ YES    _____ NO

Choose one. This election applies to the named insured only _____ YES    _____ NO
or to the named insured and all dependent resident relatives _____ YES    _____ NO

Coverage is generally described here. Only the policy provides a complete description of the coverages and their limitations.

I understand that the coverage selection and limit choices indicated here will apply to all future renewals, continuations and changes unless I notify you otherwise in writing.

Signature of Applicant/Named Insured: _____    Date _____

# FLORIDA
# PERSONAL INJURY PROTECTION COVERAGE
## OPTIONS

For personal injury protection insurance, the named insured may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages"). These elections apply to the named insured alone, or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wages exclusion if the named insured or dependent resident relatives are employed, since lost wages will not be payable in the event of an accident.

Personal Injury Protection (PIP) pays 80% of medical expenses and 60% of work loss to persons injured in automobile accidents to which the coverage applies. Other benefits include a death benefit and payments for the cost of replacement services. The maximum limit of all benefits combined, applying to each covered person, is $10,000 (the maximum death benefit is $5,000).

**Personal Injury Protection Options**

Because there are varying individual needs, certain options, described below, are available. Some of the options will reduce your PIP premium, but your decision should be made only after careful analysis of your other insurance and your financial ability to absorb the reduction in benefits.

Also, you should be aware that, if you select an option which reduces your PIP benefits, you may not have the legal right of recovery from the party who caused the injuries for the amount of reduced benefits unless you have a serious permanent injury (as defined by the Florida Motor Vehicle No-Fault Law) or unless death results from the injuries.

**Deductibles**

You may reduce your premium by choosing to have a deductible. The deductible amounts range from $250 to $1,000 per person, per accident. If, for example, you have a $1,000 deductible, your PIP will not pay until you have sustained $1,000 in covered injuries. Then, PIP will pay, under its terms, up to $10,000 in excess of the $1,000.

You may choose to have the deductible apply only to the named insured, or to both the named insured and each dependent relative who resides with the named insured.

The deductible would not apply to guest passengers or to pedestrians who may be entitled to benefits under your PIP.

When considering a deductible, we recommend that you carefully review your hospital, disability and other health insurance policies to see if they would cover the deductible amount you select. If in doubt, please contact your agent, or check with your employer if you are covered under group health insurance.

**Work Loss Exclusions**

You may want to exclude coverage for work loss. The exclusion of work loss coverage can apply to the named insured alone or to dependent relatives residing with the named insured as well.

This option was designed principally for retired and other persons who would have no work loss if injured in an automobile accident. But the option is available to anyone. The same precaution mentioned above with respect to deductibles also applies here: if you might sustain work loss, carefully check the adequacy of other insurance you may have before requesting this exclusion.

**Additional Coverages**

Extended Personal Injury Protection

PIP pays 80% of medical expenses and 60% of work loss. You may purchase Extended PIP which provides for payment of all medical expenses and 80% of work loss. There is a modest additional charge for Extended PIP.

**Questions?**

If you would like any of the options described above, or if you have questions about this or any insurance matter, please contact your agent. Your agent's phone number is listed on the Declarations page.

SA-1911/FLEP 6/13

 **Insurance**℠

A Liberty Mutual Company

## Consumer Privacy Statement

Safeco appreciates the trust you place in us when you purchase insurance from one of our companies. We are committed to protecting your nonpublic personal information ("personal information") and we value you as a customer.

To learn more about how Safeco collects and uses your personal information, please read the following notice.

### Safeco's sources of information about you

We collect personal information about you from different sources, including:

- The information you provide on applications or other forms (such as your name, address and Social Security number);
- Your transactions with us, our affiliates or others (such as your payment history and claims information);
- The information we receive from a consumer reporting agency or insurance support organization (such as your credit history, driving record or claims history); and
- Your independent insurance producer (such as updated information pertaining to your account).

### Safeco's use of your personal information

We only disclose personal information about our customers and former customers as permitted by law. Generally, this includes sharing it with third parties to administer your transactions with us, service your insurance policy or claim, detect and prevent fraud, or with your authorization. These third parties may include independent insurance producers authorized to sell Safeco insurance products, independent contractors (such as automobile repair facilities and property inspectors), independent claims representatives, insurance support organizations, other insurers, auditors, attorneys, courts and government agencies. We may also disclose your personal information to other financial institutions with whom we have joint marketing agreements. When we disclose your information to these individuals or organizations, we require them to use it only for the reasons we gave it to them.

We may also share information about our transactions (such as payment history and products purchased) and experiences with you (such as claims made) within our Safeco family of companies.

Safeco does not sell your personal information to others and we do not provide your information to third parties for their own marketing purposes.

### Independent Safeco Insurance Agents

The independent insurance agents authorized to sell Safeco products are not Safeco employees and not subject to Safeco's Privacy Policy. Because they have a unique business relationship with you, they may have additional personal information about you that Safeco does not have. They may use this information differently than Safeco. Contact your Safeco distributor to learn more about their privacy practices.

### Information about Safeco's web site

If you have internet access and want more information about our web site specific privacy and security practices, click on the Privacy Policy link on www.safeco.com.

OC-701/EP 3/16                                                                                          Page 1 of 2

**Protecting your personal information from unauthorized access**

We maintain physical, electronic and procedural safeguards to protect your personal information. Our employees are authorized to access customer information only for legitimate business purposes.

**State Privacy Laws**

This privacy statement may be supplemented by privacy laws in your state. We will protect your information in accordance with state law.

**This Privacy Statement applies to the following members of the Safeco family of companies:**

**American Economy Insurance Company**
**American States Insurance Company**
**American States Insurance Company of Texas**
**American States Lloyds Insurance Company**
**American States Preferred Insurance Company**
**First National Insurance Company of America**
**General Insurance Company of America**
**Insurance Company of Illinois**
**Liberty County Mutual Insurance Company**
**Safeco Insurance Company of America**
**Safeco Insurance Company of Illinois**
**Safeco Insurance Company of Indiana**
**Safeco Insurance Company of Oregon**
**Safeco Lloyds Insurance Company**
**Safeco National Insurance Company**
**Safeco Surplus Lines Insurance Company**

© 2011 Safeco Insurance Company of America, Member of Liberty Mutual Group. All Rights Reserved.

## WHERE TO TURN FOR HELP

Your Safeco agent is a professional Independent Insurance Agent. If you have specific questions about your policy, YOU MAY DIRECT THEM TO THE AGENT at the address or phone number shown on the Declarations, Statement of Coverage or Extension Certificate. If you are unable to obtain the information about your policy from your agent, you may contact the company for assistance.

Safeco Insurance Company of Illinois
Safeco Insurance Company of America
General Insurance Company of America
First National Insurance Company of America
Regional Office
P.O. Box 100027
Duluth, Georgia 30096-9427
Telephone: (678) 417-3000
Customer Service Number: 1-866-472-3326

P-1037/FLEP 3/03
G1






 **Insurance™**

A Liberty Mutual Company

**POLICY NUMBER:** F3291623

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
JESSE DREICER
JESSICA DREICER
12948 HUNTLEY MANOR DR
JACKSONVILLE FL 32224-7909

**RENEWAL**

**POLICY PERIOD FROM:** SEPT 20 2021
**TO:** SEPT 20 2022

at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
BRIGHTWAY INSURANCE INC
PO BOX 5700
JACKSONVILLE      FL  32247-5700

**AGENT TELEPHONE:**
1-866-472-3326



| RATED DRIVERS | JESSE DREICER, JESSICA DREICER | |
|---|---|---|
| 2019 AUDI | Q7 PREMIUM PLUS/SE 4 DOOR | ID# WA1LHAF74KD035369 |
| 2019 CADILLAC | ESCALADE LUXURY      4 DOOR | ID# 1GYS3BKJXKR221759 |

Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.

| COVERAGES | 2019 AUDI LIMITS | PREMIUM | 2019 CADI LIMITS | PREMIUM |
|---|---|---|---|---|
| COMBINED SINGLE LIMIT:<br>BODILY INJURY &<br>PROPERTY DAMAGE<br>LIABILITY | $500,000<br>Each Occurrence | $ 446.80 | $500,000<br>Each Occurrence | $ 419.00 |
| MEDICAL PAYMENTS | $5,000 | 16.60 | $5,000 | 16.00 |
| PERSONAL INJURY PROTECTION | | 58.00 | | 56.10 |
| UNINSURED MOTORISTS (STACKED LIMITS):<br>BODILY INJURY<br>LIABILITY | $500,000<br>Each Accident | 408.10 | $500,000<br>Each Accident | 363.20 |
| COMPREHENSIVE | Actual Cash Value<br>Less $1000 Deductible | 140.80 | Actual Cash Value<br>Less $1000 Deductible | 134.30 |
| COLLISION | Actual Cash Value<br>Less $1000 Deductible<br>Diminishing Ded $600 | 344.10 | Actual Cash Value<br>Less $1000 Deductible<br>Diminishing Ded $600 | 338.00 |
| ADDITIONAL COVERAGES:<br>LOSS OF USE | $50 Per Day/$1500 Max | 22.60 | $50 Per Day/$1500 Max | 19.50 |
| ULTRA COVERAGE LEVEL | | 169.80 | | 159.20 |
| | TOTAL | $ 1,606.80 | TOTAL | $ 1,505.30 |

TOTAL EACH VEHICLE:    2019 AUDI  $ 1,606.80
                       2019 CADI    1,505.30

**PREMIUM SUMMARY**

| | | **PREMIUM** |
|---|---|---|
| VEHICLE COVERAGES | | $ 3,112.10 |
| DISCOUNTS & SAFECO SAFETY REWARDS | You saved $1,137.90 | Included |

TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES ................................. $ 3,112.10

YOU SAVED $1,137.90 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
    Anti-Lock Brakes
    Account

-CONTINUED-
P O BOX 704000, SALT LAKE CITY, UT 84170

 **Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:  F3291623**

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

Anti-Theft
Advance Quoting
Accident Free
Violation Free
Coverage
Homeowners
Multi-Car
Billing Plan
Both Side Air Bag
Low Mileage

**ULTRA COVERAGE LEVEL INCLUDES:**
Accident forgiveness, auto loan/lease, Claims-Free Cash Back, diminishing
deductible, dog and cat coverage, electronic lock and key replacement, emergency
expenses, new vehicle replacement, personal property, roadside assistance,
world-wide coverage for rental vehicles







187X

# FLORIDA RATING INFORMATION

## HOW YOUR AUTO RATES ARE DETERMINED

Your automobile insurance rates are determined by a number of factors, including your driving record, the kind of car you drive, your age, where the car is located, and how it is used. The following information provides a general description on how these rates are determined and what you can do to keep the cost of your insurance as low as possible.

### DRIVING RECORD

One of the main factors determining the amount you pay for insurance is your driving record. Accidents and violations add to the cost of insurance through a system of "points". The more serious the incident, the higher the number of points and the higher the premium. Points are assigned for tickets and accidents that occurred in the thirty-four months preceding the application or renewal date of the policy. They are automatically dropped at the first renewal after the thirty-four months. As an incident ages it will be assigned fewer points.

Driving record points for traffic convictions or bail forfeitures are charged as follows:

Twelve points for the first major traffic violation and eight points for each subsequent major traffic violation such as failure to stop and report when involved in an accident, homicide or assault arising from the operation of an automobile, driving while license is suspended or revoked, or reckless driving or traffic violations related to alcohol or drugs.

Six points for the first minor traffic violation and four points for any additional minor moving traffic violation. Except, no points are assigned for: inadequate muffler or excessive exhaust, light or other equipment except brake lights, or failure to show registration card, license plates or driver's license or if the violation is the one and only violation in the last 18 months.

Four points for the first incidental minor violation and two points for any additional incidental minor violation. Incidental minor violations include failure to use seat belts, failure to use turn signals and failure to use headlights.

Six points for speed convictions under 20 miles over the speed limit and four points for each subsequent speed conviction under 20 miles over the speed limit.

Ten points for speed convictions 20 miles over the speed limit and six points for each subsequent speed conviction 20 miles over the speed limit.

Per Section 626.9541(1)(o)4., Florida Statutes, Point Assignment begins with the second Speed/Minor infraction in an 18-month period, or the third Speed/Minor infraction committed within a 36-month period.

Twelve points for the first alcohol or drug conviction and eight points for each subsequent alcohol or drug conviction.

Driving record points for accidents are charged as follows:

Ten points for the first at-fault automobile accident and 6 points for each subsequent at-fault accident involving you or any operator of the automobile who resides with you and is not the named insured or principal operator on another insurance policy. Accidents must result in bodily injury or death or result in payment in excess of $750 by all insurance companies for property damages. Except, no points are assigned if: you were reimbursed by the other party; you were struck in the rear and did not receive a violation in conjunction with the accident; the other driver was cited and you were not; your auto was lawfully parked; you were struck by a "hit-and-run" driver and you reported it to the proper authorities within 24 hours; you were operating an emergency vehicle as a paid or volunteer member of a police or fire department, aid squad or law enforcement agency during an emergency situation; the accident involved hitting an animal; damage was caused by flying gravel, missiles, or falling objects; or, for the first accident and policy has been loss free for nine years or more.

Also, no points are charged for violations or accidents if they occurred while operating a vehicle during employment for a local transit system or private bus company certified by the PUC or ICC; as a driver of a vehicle certified by the ICC or FPSC and displaying a valid certificate number; or during employment as a fire fighter or law enforcement officer.

Points assigned diminish over time starting as early as six months from the date of the incident.

## AGE, LOCATION AND USE OF VEHICLE

Statistics show that the younger you are, the more likely you are to be in an accident (up to about age 65). Therefore, younger drivers pay more for insurance. Where your vehicle is located and how you use it also play a role in how much you pay for insurance. If you live in the country and only use your car to run errands, such as going to the store, you'll pay less than someone who lives in the heart of a congested urban center and drives 40 miles to work each day. As theft and vandalism are also more likely to occur in the city, costs for comprehensive coverage increases.






## WHAT YOU CAN DO TO LOWER YOUR INSURANCE RATES

When determining the appropriate market and coverage tiers for your customer's policy, we will consider driving and claims activity up to five years as stipulated below. After determining the appropriate market and coverage tiers, the experience period for charging convictions or at-fault-accident points is 34 months prior to the effective date of the policy. There are things you can do to lower your insurance rates. One of the best ways to keep the cost of your insurance low is to maintain a clean driving record. Another is to purchase a car with safety features. Following are the discounts available to you as a Safeco policyholder. Any discounts you already receive are listed in the Discounts section of your Policy Declarations page.

## DISCOUNTS

Discounts that reduce the cost of the major coverages are available for the following:

| | |
|---|---|
| Account | Applies when other Safeco policies are active for the named insured. |
| Advanced Quote | Applies if the new business quote is within 8 days or more in advance of the effective date. Applies for the first 24 months of the policy. |
| Coverage Discount | Applies to any vehicle on the policy that is insured for both Liability and Comprehensive and/or Collision. |
| Distant Student | Away at school that is more than 100 miles from home for part of the year without a car. |
| Good Student | 3.0 GPA or better grades or ranked in upper 20% of class. |
| Homeowner Discount | Applies if the named insured owns a home or condominium. |

Motor Vehicle Accident Prevention Course (age 55 or older)

| | |
|---|---|
| Multi-Car | Insuring more than one car with a Safeco Company. |
| New Teen | Applies if at least one rated operator is a teenager and has been licensed less than one year. |
| Newly Independent | Applies if a new Safeco policy is created as a result of a divorce or youthful operator leaving an existing Safeco policy. |
| Preferred Payment | Applies if EFT payment method or Payroll Deduction applies to the policy. |
| Paid in Full Discount | |
| Low Mileage | Available to regular pleasure use vehicles driven less than 8,000 miles annually where the principal operator is 25 years or older. |

Credits that reduce the premium of certain coverages are:

| | |
|---|---|
| Anti-Theft Device | (Comprehensive Coverage) Factory installed anti-theft equipment only. |
| Air Bag | |

*****

Other factors that influence the amount you pay for insurance include the amount and type of coverage selected. Following this notice is an explanation of the different coverages available. If you have questions about your premiums or coverages, please contact your Safeco agent, whose number is shown on the billing statement. One choice you have already made will save you money over time — you have chosen Safeco, a company dedicated to insuring responsible people who drive carefully. We are also constantly striving to reduce our own expenses and assisting in the prevention of fraud. This keeps our costs down, so we can pass these savings on to you.

Thank you for entrusting us with your insurance needs. We appreciate having you as a customer.

## PERSONAL AUTO POLICY — OUTLINE

The following outline of coverage is for informational purposes only. It is the express intent of ss.627.4143, Florida Statutes, that this outline shall not be construed to modify any of the provisions of the legal insurance contract which is the subject of this outline. READ YOUR PERSONAL AUTO POLICY CAREFULLY.

### POLICY COVERAGES

Your auto policy billing lists the principal coverages available. You have those for which a premium charge is shown.

**Liability Coverage:** This covers your legal liability for bodily injury to others (Bodily Injury Liability) or damage to their property (Property Damage Liability). Florida law requires you to have Property Damage Liability coverage. The principal exclusions (items not covered by your policy) for this coverage are:

1. autos owned by you or furnished or available for the regular use of you or your family members, which have not been specifically covered under the policy;

2. vehicles with less than 4 wheels; and

3. claims for injuries to family members.

**Personal Injury Protection:** This covers you, your family members and certain others, for bodily injuries resulting from auto accidents, without regard to fault. Payments are for 80% of medical expenses, 60% for loss of income, replacement household services and (if the limit has not been exhausted by other benefits) a death benefit. Personal Injury Protection is also required under Florida law. The principal exclusions for this coverage are injuries sustained in autos you or family members own which have not been specifically covered under the policy, and injuries to other vehicle owners required by law to have their own coverage.

**Medical Payments Coverage:** This coverage supplements the medical expense reimbursement of PIP coverage and provides basic coverage in situations where PIP does not pay. The principal exclusions are similar to those for liability coverage.

**Uninsured Motorists Coverage:** This coverage pays for bodily injuries to you, family members and certain others, resulting from the negligence of others. It pays when the at-fault party has: no liability insurance, or liability coverage with limits not adequate to pay for the damages incurred, or if injuries result from a hit-and-run vehicle. Your coverage may be "Stacked" or "Non-stacked." The principal difference between these two forms is that the total amount of protection under the stacked form is the sum of the limits applicable to each vehicle insured whereas under the non-stacked form the limit stated applies per accident regardless of how many vehicles you own or insure.

**Collision:** This covers damage to your car resulting from upset or impact with another object. **Comprehensive** provides coverage for damage to your car resulting from fire, theft and other direct losses not excluded. The principal exclusions are for damage to certain electronic and sound equipment; tapes and other media, radar detectors; and undeclared camper bodies.

**Rental Vehicle Coverage:** If you buy Collision Coverage for an auto you own, you will also have Collision Coverage for damage to any rental vehicle. If you buy Other Than Collision Coverage (Comprehensive) for an auto you own, you will have Comprehensive Coverage for loss to any rental vehicle.

Additionally, if you buy Comprehensive Coverage, we will pay the loss of use expenses for which you become legally responsible if the rental vehicle is stolen, subject to the maximum amount stated in the policy.

**Other Coverages:** In addition, your policy may contain other endorsements which add or broaden coverage, as indicated by their titles. The principal endorsements which may be found are towing and labor costs; loss of use; and coverage for audio, visual and data electronic equipment; tapes, records, discs and other media.

**Renewal and Cancellation Provisions:** You may cancel your policy at any time after it has been in effect for 60 days. During the first 60 days of your policy, you may cancel only if you dispose of the vehicle or it is a total loss. Under conditions where the law permits us to cancel or refuse renewal of your policy, we must give you advance notice as follows:

1.  10 days for cancellation because of nonpayment of premium;

2.  45 days for cancellation for any other reason;

3.  45 days if we refuse to renew.

**Deductibles:**

For Comprehensive Coverage, the following deductibles are available: $100, $250, $500, $750, $1,000, $1,500.

For Collision Coverage, the following deductibles are available: $100, $250, $500, $750, $1,000, $1,500.

For Personal Injury Protection Coverage, deductibles are available for one named insured or named insured and each dependent relative: $250, $500, $1,000. These same deductibles are also available for Extended Personal Injury Protection.



0000072D0NQUI9132I8574190



# AMENDATORY ENDORSEMENT

It is agreed that the policy is amended as follows:

## PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

### EXCLUSIONS

The following Exclusion is added:

We will not pay for loss or damage to **your covered auto** or any **non-owned auto** caused by or resulting from contamination of any fuel or fluid, or any fluid system. This exclusion does not apply to loss or damage caused by vandalism or malicious mischief, where a police report has been filed.

SA-2581/FLEP 12/20



## SURCHARGE REFUND

If your premium includes a surcharge imposed because of a motor vehicle accident, you are entitled to a reimbursement of the amount of such surcharge if you demonstrate that the driver involved in the accident was:

1. Lawfully parked;

2. Reimbursed by, or on behalf of, a person responsible for the accident or has a judgment against such person;

3. Struck in the rear by another vehicle headed in the same direction and was not convicted of a moving traffic violation in connection with the accident;

4. Hit by a hit-and-run driver, if the accident was reported to the proper authorities within 24 hours after discovering the accident;

5. Not convicted of a moving traffic violation in connection with the accident, but the operator of the other automobile involved in such accident was convicted of a moving traffic violation;

6. Finally adjudicated not to be liable by a court of competent jurisdiction;

7. In receipt of a traffic citation which was dismissed or nolle prossed; or

8. Not at fault as evidenced by a written statement from the insured establishing facts demonstrating lack of fault which are not rebutted by information in the insurer's file from which the insurer in good faith determines that the insured was substantially at fault.

SA-1600/FLEP 3/10

## Use of Medical Fee Schedule for Personal Injury Protection Claims

We will limit reimbursement of medical expenses to 80% of a properly billed reasonable charge, but in no event will we pay more than 80% of the following schedule of maximum charges:

1. For emergency transport and treatment by providers licensed under Chapter 401, Florida Statutes, 200% of Medicare.

2. For emergency services and care provided by a hospital licensed under Chapter 395, Florida Statutes, 75% of the hospital's usual and customary charges.

3. For emergency services and care as defined by § 395.002(9), Florida Statutes, provided in a facility licensed under Chapter 395, Florida Statutes, rendered by a physician or dentist, and related hospital inpatient services rendered by a physician or dentist, the usual and customary charges in the community.

4. For hospital inpatient services, other than emergency services and care, 200% of the Medicare Part A prospective payment applicable to the specific hospital providing the inpatient services.

5. For hospital outpatient services, other than emergency services and care, 200% of the Medicare Part A Ambulatory Payment Classification for the specific hospital providing the outpatient services.

6. For all other medical services, supplies, and care, 200% of the allowable amount under the participating physicians schedule of Medicare Part B. However, if such services, supplies, or care is not reimbursable under Medicare Part B, we will limit reimbursement to 80% of the maximum reimbursable allowance under workers compensation, as determined under § 440.13, Florida Statutes, and rules adopted thereunder which are in effect at the time such services, supplies, or care is provided. Services, supplies, or care that is not reimbursable under Medicare or workers compensation will not be reimbursed by us.

For purposes of the above, the applicable fee schedule or payment limitation under Medicare is the fee schedule or payment limitation in effect at the time the services, supplies, or care was rendered and for the area in which such services were rendered, except that it will not be less than the allowable amount under the participating physicians schedule of Medicare Part B for 2007 for medical services, supplies, and care subject to Medicare Part B.

## IMPORTANT NOTICE — CHANGES TO YOUR AUTO POLICY

Enclosed with this renewal is a copy of your revised Personal Auto Policy. Please read the policy and Declarations for a complete understanding of your coverages.

In response to the trend of increased usage of private passenger vehicles in transportation network platforms, we have made the following changes to your auto policy:

- Added a definition for "transportation network platform".

- Revised the public or livery conveyance exclusions in the policy to clarify that the exclusion would also apply to transportation network services during any time the driver is logged into the transportation network platform as a driver.

We have also made several updates to the policy to align more closely with the statutes with regard to Personal Injury Protection coverages and Medical Payments.

In addition to the changes in your policy, we are making available for purchase a related optional coverage endorsement for transportation network drivers. This provides coverage for the drivers logged into the transportation network platform up until the time the driver accepts a request through the transportation network to transport a passenger.

Please take the time to read the enclosed policy thoroughly. If you have any questions, please contact the independent Safeco agent or broker listed on your Declarations.

*No coverage is provided by this summary. If there is any conflict between the policy and this summary, the provisions of the policy, including any endorsements, shall prevail.*



SA-3044/FLEP 10/18

# SAFECO ULTRA™ COVERAGE LEVEL

Congratulations! You have our finest and most comprehensive auto coverage levels available — the Safeco Ultra coverage level. With Safeco Ultra, you get more coverage, higher limits and better benefits than with our basic policy.

Below are just some of the great features and benefits you receive with Safeco Ultra. Safeco's Ultra coverage level provides you even more benefits and coverage that are not listed here. Read the policy and endorsement in this packet to learn more about the coverages and benefits you're receiving.

| Features | Benefits |
| --- | --- |
| Accident Forgiveness | Eligible to earn after three consecutive years of clean driving with any insurer where a driver does not have an at-fault accident, your policy premium may not increase if you have an at-fault accident. |
| Claims-Free Cash Back™ | If you meet the Claims-Free Cash Back™ eligibility requirements, you may qualify for a Cash Back reward twice per year, up to 5% per year. |
| Reduced Deductibles | Your collision deductible is waived if the accident is not your fault and the driver at-fault is identified and insured. |
| | Your comprehensive deductible is waived if your vehicle is a total loss. |
| | Diminishing deductible decreases your collision deductible by $100 annually when you remain claim-free up to a maximum of $500. |
| New Vehicle Replacement | Pays the full purchase price for your brand new vehicle for the first year of ownership in the event of a total loss. |
| Roadside Assistance | If your car is disabled, we pay for towing charges, battery assistance, tire change, lockout service, fuel delivery and more. |
| Emergency Expenses | If your vehicle can no longer be driven, we will cover your expenses for alternative transportation, meals, and lodging. |
| Personal Property | We will pay up to $500 for loss of personal property from your vehicle. |
| Auto Loan/Lease | If your vehicle is a total loss, we will pay the balance of your loan or lease. |
| Lock/Key Replacement | We will replace your lost or stolen electronic keys and locks without applying a deductible. |
| Worldwide Rental | We extend your comprehensive and collision coverage (not liability coverage) to any rental car worldwide, subject to your policy deductible. Coverage provided under the base policy, including liability, is already extended to vehicles rented in the US and Canada. |
| Pet Coverage | We pay up to $500 for veterinary expenses or death benefits if your cat or dog is injured or dies in a collision while in your insured vehicle. |

If you have any questions about your policy, please feel free to contact your independent Safeco agent.

*No coverage is provided by this summary. If there is any conflict between the policy and this summary, the provisions of the policy, including any endorsements, shall prevail.*

 **Safeco Insurance™**
A Liberty Mutual Company

**POLICY NUMBER: F3291623**

## ADDITIONAL INTEREST ENDORSEMENT

**AGENT:**
BRIGHTWAY INSURANCE INC
PO BOX 5700
JACKSONVILLE     FL   32247-5700

**AGENT TELEPHONE: (904) 399-1000**

**INSURED:**
JESSE DREICER
JESSICA DREICER

**DESCRIBED VEHICLE:**
2019 CADILLAC

**IDENTIFICATION NUMBER:**
1GYS3BKJXKR221759

← **ADDITIONAL INTEREST**

GM FINANCIAL
PO BOX 398045
MINNIAPOLIS MN  55439

**TYPE OF INTEREST:**
ADDITIONAL INTEREST

**EFFECTIVE DATE:**
SEPT 20 2019

Insurance provided by the policy for:

1. Liability Coverage;
2. Medical Payments Coverage;
3. Coverage for Damage to Your Auto;

applies to the additional interest named above to the extent of its insurable interest. The inclusion of additional interest(s) shall not increase our limit of liability.

The Declarations outlines the coverages purchased by our **insured** for the described vehicle.

If you have any questions, please contact the insurance agent shown above.

**TO THE ADDITIONAL INTEREST:**

This policy will be extended automatically for each policy term shown on the Declarations on payment of the premium when due.

You will be notified if the policy is canceled. Your interest is fully protected until you receive notice and for a period of 10 days thereafter.

SAFECO INSURANCE COMPANY OF ILLINOIS

**INSURED'S COPY**

SA-875/EP 7/09
G2

**DATE PREPARED: AUG. 11 2019**

# ULTRA LEVEL ENDORSEMENT

It is agreed that the Essential Personal Auto Policy is amended as follows:

## PART A — LIABILITY COVERAGE

If the Declarations indicates that Part A — Liability Coverage applies, then the following applies:

## SUPPLEMENTARY PAYMENTS

Item 1. is amended to increase the $250 to $1,000.

Item 4. is amended to increase the $200 a day to $400 a day.

## PART B — MEDICAL PAYMENTS COVERAGE

If the Declarations indicates that Part B — Medical Payments Coverage applies, then the following applies:

## LIMIT OF LIABILITY

The following is added:

If you or a **family member** die within three years of an auto accident because of **bodily injury** sustained in the accident, we will pay:

1. The unused part of the Medical Payments Coverage limits; and

2. $2,000 for each such death;

This additional payment is subject to a total of $4,000 payable to the surviving kin or legal representative.

## PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

The following items apply in the event of a covered **collision or comprehensive** loss:

## INSURING AGREEMENT

The following definition is added:

**"New vehicle"** means any vehicle other than a motorhome or **trailer** for which you are the original owner and the vehicle has not been previously titled.

## DEDUCTIBLE

The following deductible provisions are added:

4. We will not apply the **collision** deductible when the loss is caused by a **collision** between **your covered auto** and another vehicle, provided:

   a. The owner or operator of the other vehicle has been identified; and

   b. The owner or operator of the other vehicle is legally liable for the loss to **your covered auto** and the operator of **your covered auto** is not legally responsible, in any way, for causing or contributing to the loss; and

   c. There is a valid property damage liability insurance policy applicable at the time of the accident with respect to the person or organization legally responsible for such loss to **your covered auto**.

5. We will not apply the **comprehensive** deductible if there is a covered loss to **your covered auto** or any **non-owned auto** and we declare a total loss.

6. Your **collision** deductible will decrease $50 with each 6 month renewal or $100 for each annual renewal up to a $500 total decrease in your deductible. This diminishing deductible is shown on the Declarations. The policy remains eligible for the diminishing deductible until an at-fault accident is surcharged to the policy.

**TRANSPORTATION EXPENSES** provision is amended as follows:

B.1. is replaced by the following:

1.   Up to $25 per day, to a maximum of $750; or

The following coverages are added:

**ADDITIONAL COVERAGES APPLICABLE TO PART D — COVERAGE FOR DAMAGE TO YOUR AUTO**

**ELECTRONIC LOCK AND KEY REPLACEMENT DEDUCTIBLE WAIVER**

If the electronic keys or electronic remote control pads to **your covered auto** are lost or stolen, we will pay for replacement of electronic keys, electronic remote control pads and the locks or codes without application of a deductible.

**KEY AND LOCK COVERAGE FOR RECREATIONAL VEHICLES**

We will pay up to $200 in any one occurrence to repair or replace a key used to operate **your covered auto** or **non-owned auto** which is a recreational vehicle. This coverage also applies to repair or replace door or window locks on **your covered auto** or **non-owned auto** when it is likely that the corresponding key has been stolen.

Coverage does not apply to any residence premises where you reside or dwelling under construction or renovation.

The most we will pay for this coverage in any one policy period is $200, regardless of the number of claims made under this coverage.

**WORLD-WIDE RENTAL**

We will provide Comprehensive and/or Collision coverage for any private passenger auto you or a **family member** rent for up to 90 consecutive days anywhere in the world. In addition we will pay up to $25 per day subject to a maximum limit of $750, or the limit for Loss of Use shown in the Declarations, whichever is greater, for indirect loss expense that you are liable for in the event of a loss covered under this policy. Our payment for indirect loss expense will be limited to that period of time reasonably required to repair or replace the rental vehicle. If a rental car company disputes an amount paid by us, we will be responsible for resolving such disputes. No deductible applies to this coverage.

**COVERAGE FOR INJURY OR DEATH TO YOUR DOG OR CAT**

In the event of a **collision** involving **your covered auto** or **non-owned auto**, we will pay either:

1.   Up to $500 for usual and customary charges incurred for **veterinary expenses** for **your covered pet** as a result of the **collision**; or

2.   $500 if **your covered pet** dies as a result of the **collision**.

The $500 limit for this coverage is the most we will pay regardless of the number of **your covered pets** that are injured or die in the **collision**.

This coverage applies only if **your covered pet** is inside **your covered auto** or **non-owned auto** at the time of the **collision**.

"**Veterinary expenses**" means reasonable and necessary procedures and medications prescribed by the veterinarian for treatment of injuries to **your covered pet** resulting from the **collision**.

**Your covered pet** means any dog or cat owned by you or a **family member**.

The Exclusions under Part **D** — Coverage for Damage to Your Auto apply to this coverage.

No deductible applies to this coverage.

**AUTO LOAN/LEASE COVERAGE**

In the event of a total loss to **your covered auto** we will pay any unpaid amount due on the lease or loan for **your covered auto** less:

1.   The amount paid under Part **D** — Coverage for Damage to Your Auto of the policy; and

2.   Any:

  a.   overdue loan/lease payments at the time of loss;

  b.   financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

c.  security deposits not refunded by a lessor;

d.  cost for extended warranties, Credit Life Insurance, Health, Accident or Disability insurance purchased with the loan or lease; or

e.  carry-over balances from previous loans or leases.

However, the total amount payable under this coverage will not exceed 125% of the actual cash value of **your covered auto**.

This coverage does not apply if the **new vehicle** replacement provision under the Limit of Liability applies.

## EMERGENCY EXPENSES

A.  We will reimburse you up to $100, or $200 if **your covered auto** is a **recreational vehicle**, for necessary travel expenses actually incurred by you or a **family member** if **your covered auto** or any **non-owned auto** is disabled to the degree that it may not be driven safely. Coverage begins at the place of disablement and ends when you or any **family member** arrive at your residence or arrive at the nearest location **your covered auto** or **non-owned auto** can be repaired or replaced.

B.  If you are more than 50 miles from your residence and **your covered auto** or any **non-owned auto** sustains a loss covered under the Collision or Comprehensive coverages of your policy and is inoperable or not safe for driving, we will pay up to $500 in any one occurrence, or $300 per day or a maximum of $1,500 if **your covered auto** is a recreational vehicle, for reasonable and necessary expenses for:

1.  Alternative transportation for you to continue to your destination or residence.

2.  Meals and lodging necessary when the loss to **your covered auto** or any **non-owned auto** causes a delay in your travel. The expenses must be incurred between the time of the loss and your arrival at your destination or residence or by the end of the fifth day, whichever comes first.

3.  Meals, lodging and transportation expenses you incur when you or any other person you choose drives **your covered auto** or **non-owned auto** from the place of repair to your destination or residence.

No deductible applies to this coverage.

## PERSONAL PROPERTY

We will pay up to $500 for theft or damage to personal property owned or used by you or any **family member**, while located in **your covered auto** or **non-owned auto**. This coverage does not apply to any animals, birds or fish, motorized vehicles, **business** property or money, prepaid cards, monetary value on a prepaid chip or card, securities, debit cards, checks or other negotiable items.

## EXCLUSIONS

Exclusion 6. is amended by increasing the $500 to $1,000.

Exclusion 18. is amended by increasing the $500 to $1,000.

## LIMIT OF LIABILITY

The Limit of Liability is amended as follows:

Additionally, in the event of a total loss to your **new vehicle** we will pay at your option:

1.  The **new vehicle** purchase price paid for your damaged vehicle, not including any insurance or warranties purchased;

2.  The purchase price, as negotiated by us, of a **new vehicle** of the same or similar make, model and equipment, not including any furnishings, parts or equipment not installed by the original vehicle manufacturer or manufacturer's dealership; or

3.  The market value of your damaged vehicle, not including any furnishings, parts or equipment not installed by the original vehicle manufacturer or manufacturer's dealership. This coverage is provided without deduction for depreciation.

Coverage for a **new vehicle** will be applicable for no more than 365 days from the date of purchase of the vehicle to which it applies, plus the remainder of the policy term in which the 365th day from purchase ends.

Paragraph B. under the Limit of Liability is deleted.

**CLAIMS-FREE CASH BACK™**

Your policy may be eligible for up to two Claims-Free Cash Back rewards per year. We will review your policy twice per year. In order to receive the reward, you must meet the following eligibility requirements at the time of the review:

1. You have an active annual auto policy with us;

2. There have been no claims reported to our system over the past six months (except as specified below);

   a. For the purposes of this review, the following types of claims will not be considered:

      i. Claims where you are not at fault, as determined by us,

      ii. Claims involving Comprehensive coverage only,

      iii. At-fault claims that are below the current threshold for a surcharge.

3. You do not have a past due balance on the account for the policy being reviewed; and

4. You had continuous Ultra coverage during the review period.

**ADDITIONAL COVERAGES**

**ROADSIDE ASSISTANCE COVERAGE**



This coverage is automatically included under this endorsement for no additional premium.

All other provisions of the policy apply.





## FLORIDA ESSENTIAL PERSONAL AUTO POLICY

### SAFECO INSURANCE COMPANY OF ILLINOIS
Home Office: 27201 Bella Vista Parkway, Suite 130, Warrenville, Illinois 60555

(A stock insurance company.)

## READY REFERENCE TO YOUR AUTO POLICY

| | Beginning On Page |
|---|---|
| **AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |
| **PART A — LIABILITY COVERAGE** | 2 |
| Insuring Agreement | |
| Supplementary Payments | |
| Exclusions | |
| Limit of Liability | |
| Out of State Coverage | |
| Financial Responsibility | |
| Other Insurance | |
| **PERSONAL INJURY PROTECTION COVERAGE** | 6 |
| Insuring Agreement | |
| Exclusions | |
| Limit of Liability | |
| Other Insurance | |
| **PART B — MEDICAL PAYMENTS COVERAGE** | 15 |
| Insuring Agreement | |
| Exclusions | |
| Limit of Liability | |
| Other Insurance | |
| **PART C — UNINSURED MOTORISTS COVERAGE (STACKED OPTION)** | 18 |
| Insuring Agreement | |
| Definitions | |
| Exclusions | |
| Limit of Liability | |
| Other Insurance | |
| **PART D — COVERAGE FOR DAMAGE TO YOUR AUTO** | 21 |
| Insuring Agreement | |
| Deductible | |
| Transportation Expenses | |
| Exclusions | |
| Limit of Liability | |
| Payment of Loss | |
| No Benefit to Bailee | |
| Other Sources of Recovery | |
| Appraisal | |

SA-2890/FLEP 7/18

**PART E — DUTIES AFTER AN ACCIDENT OR LOSS**                                27

**PART F — GENERAL PROVISIONS**                                              28
    Policy Period and Territory
    Changes
    Payment of Premium
    Fraud
    Legal Action Against Us
    Our Right to Recover Payment
    Termination
    Transfer of Your Interest in This Policy
    Two or More Autos Insured; Two or More Auto Policies

**ADDITIONAL COVERAGES**                                                      33
    Uninsured Motorists Coverage — Non-Stacked
    Extended Personal Injury Protection Coverage
    Towing and Labor Costs Coverage
    Loss of Use Coverage





## AGREEMENT

In return for your payment of all premiums, and in reliance upon the statements in the application we agree to insure you subject to the terms, conditions and limitations of this policy. We will insure you for the coverages and limits shown on the Declarations. Your policy consists of the policy contract, Declarations and endorsements applicable to the policy.

## DEFINITIONS

**A.** Throughout this policy, "you" and "your" refer to:

    **1.** The named insured shown in the Declarations;

    **2.** The spouse if a resident of the same household.

**B.** "We", "us" and "our" refer to the Company, as shown in the Declarations providing this insurance.

**C.** For purposes of this policy, a private passenger auto shall be deemed to be owned by a person if leased:

    **1.** Under a written agreement to that person; and

    **2.** For a continuous period of at least six months.

Other words and phrases are defined. They are in bold type when used.

**D.** **"Bodily injury"** means bodily harm, sickness or disease, including death that results.

**E.** **"Business"** includes trade, profession or occupation.

**F.** **"Family member"** means a person related to you by blood, marriage or adoption who is usually a resident of your household. This includes a ward or foster child who is a resident of your household.

**G.** **"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by **fungi**.

**H.** **"Occupying"** means in; upon; or getting in, on, out or off.

**I.** **"Property damage"** means physical injury or destruction of tangible property including loss of use.

**J.** **"Punitive or exemplary damages"** include damages which are awarded to punish or deter wrongful conduct, to set an example, to fine, penalize or impose a statutory penalty; and damages which are awarded for any purpose other than as compensatory damages for **bodily injury** or **property damage**.

**K.** **"Trailer"** means a vehicle designed to be pulled by a:

    **1.** Private passenger auto; or

    **2.** Pickup, van or motorhome.

It also means a recreational camping vehicle, a farm wagon or farm implement while towed by a vehicle listed in K.1. or K.2. above.

**L.** **"Transportation network platform"** means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**M.** **"Your covered auto"** means:

    **1.** Any vehicle shown in the Declarations.

    **2.**  **a.** Any newly acquired vehicle, whether operational or not, on the date you become the owner, subject to conditions for **Newly Acquired Replacement Vehicle** and **Newly Acquired Additional Vehicle** under M.2.b. below. Any newly acquired vehicle must be of the following types:

        **(1)** a private passenger auto;

        **(2)** a pickup or van that:

            **(a)** has a Gross Vehicle Weight Rating of 12,000 lbs or less; and

    (b)  is not used for the delivery or transportation of goods and materials unless such use is:

        i.  incidental to your **business** of installing, maintaining or repairing furnishings or equipment; or

        ii.  for farming or ranching; or

  **(3)**  a motorhome or **trailer**.

**b.**  A newly acquired vehicle is subject to the following conditions:

  **(1)**  **Newly Acquired Replacement Vehicle.** If the vehicle you acquire replaces one shown in the Declarations, the replacement vehicle will have the same coverage as the vehicle it replaced, other than Part **D** — Coverage for Damage to Your Auto.

      Part **D** — Coverage for Damage to Your Auto shall apply for the first thirty (30) days after you acquire the vehicle, including the date of acquisition, only to the extent Part **D** — Coverage for Damage to Your Auto applied to the vehicle being replaced. You must notify us within thirty (30) days after you acquire the replacement vehicle for Part **D** — Coverage for Damage to Your Auto to continue.

  **(2)**  **Newly Acquired Additional Vehicle.** For any newly acquired vehicle that is in addition to any shown in the Declarations coverage shall apply for the first thirty (30) days after you acquire the vehicle, including the date of acquisition. Coverage shall be the broadest coverage we provide for any vehicle shown in the Declarations. This coverage applies only if you acquire the additional vehicle during the policy period shown on the Declarations.

      If you wish to add or continue coverage you must ask us to insure the additional vehicle within thirty (30) days after you acquire the additional vehicle. This thirty (30) days of coverage includes the day you acquire the vehicle.

  **(3)**  Collision Coverage for a newly acquired vehicle begins on the date that you acquire the vehicle. However, if the Declarations does not indicate that Collision Coverage applies to at least one vehicle, you must ask us to insure the newly acquired vehicle within four (4) days after you acquire it. If a loss occurs during the four (4) days after you acquire the vehicle but before you asked us to insure the newly acquired vehicle, a $500 collision deductible will apply.

  **(4)**  Comprehensive Coverage for a newly acquired vehicle begins on the date that you acquire the vehicle. However, if the Declarations does not indicate that Comprehensive Coverage applies to at least one vehicle, you must ask us to insure the newly acquired vehicle within four (4) days after you acquire it. If a loss occurs during the four (4) days after you acquire the vehicle but before you asked us to insure the newly acquired vehicle, a $500 comprehensive deductible will apply.

**3.**  any trailer you own.

**4.**  Any auto or **trailer** you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

**a.**  breakdown;

**b.**  repair;

**c.**  servicing;

**d.**  loss; or

**e.**  destruction.

This provision (**M.4.**) does not apply to Coverage for Damage to Your Auto.

---

## PART A — LIABILITY COVERAGE

**INSURING AGREEMENT**

**A.**  We will pay damages for **bodily injury** or **property damage** for which any **insured** becomes legally responsible because of an auto accident. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted. We have no

duty to defend any suit or settle any claim for **bodily injury** or **property damage** not covered under this policy.

**B.** "**Insured**" as used in this Part A — Liability Coverage means:

    **1.** You or any **family member** for the ownership, maintenance or use of any auto or **trailer.**

    **2.** Any person using **your covered auto** with your express or implied permission.

    **3.** For **your covered auto**, any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under **B.1.** and **B.2.** above.

    **4.** For any auto or **trailer**, other than **your covered auto**, any other person or organization but only with respect to legal responsibility for acts or omissions of you or any **family member** for whom coverage is afforded under this Part A — Liability Coverage. This provision (**B.4.**) applies only if the person or organization does not own or hire the auto or **trailer**.

**SUPPLEMENTARY PAYMENTS**

We will pay on behalf of an **insured**:

    **1.** Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in **bodily injury** or **property damage** covered under this policy. We are not obligated to apply for or furnish such bonds.

    **2.** Premiums on appeal bonds and bonds to release attachments in any suit we defend.

    **3.** Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

    **4.** Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

    **5.** Other reasonable expenses incurred at our request.

    **6.** All expenses incurred by an **insured** for first aid to others at the time of the accident, but not to exceed $10,000.

    **7.** Where we are required to cover prejudgment interest, it shall be included in the limit of liability and is not an additional amount of insurance.

**EXCLUSIONS**

**A.** We do not provide Liability Coverage for:

    **1.** Any **insured** who intentionally causes **bodily injury** or **property damage** even if such **bodily injury** or **property damage** is of a different kind or degree than expected or intended, or such **bodily injury** or **property damage** is sustained by a different person or persons than expected or intended.

    **2.** **Property damage** to property owned or being transported by any **insured**.

    **3.** **Property damage** to property:

        **a.** rented to;

        **b.** used by; or

        **c.** in the care of;

    that **insured**.

    This exclusion (**A.3.**) does not apply to **property damage** to a residence or private garage.

    **4.** **Bodily injury** to an employee of that **insured** during the course of employment. This exclusion (**A.4.**) does not apply to **bodily injury** to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

    **5.** Any **insured's** liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This includes any period of time while it is being used by any person who is logged into a **transportation network platform** as a driver, whether or not a passenger is **occupying** the vehicle. This exclusion (**A.5.**) does not apply to a share-the-expense car pool.

6. Any **insured** using any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

7. a. Any **insured** while employed or otherwise engaged in the **business** of:

    (1) selling;

    (2) repairing;

    (3) servicing;

    (4) storing; or

    (5) parking;

    vehicles designed for use mainly on public highways. This includes road testing and delivery.

b. This exclusion (A.7.) does not apply to the ownership, maintenance or use of **your covered auto** by:

    (1) you;

    (2) any **family member**; or

    (3) any partner, agent or employee of you or any **family member**.

8. Any **insured** maintaining or using any vehicle while that **insured** is employed or otherwise engaged in any **business** (other than farming or ranching) not described in exclusions A.6. or A.7. This exclusion (A.8.) does not apply to the maintenance or use of a:

a. private passenger auto;

b. pickup or van; or

c. **trailer** used with a vehicle described in A.8.a. or A.8.b. above.

9. Any **insured** using a vehicle without the express or implied permission of the owner or other person having lawful possession. However, this exclusion does not apply to a **family member** using **your covered auto**.

10. a. **Bodily injury** or **property damage** for which any **insured**:

    (1) is an **insured** under a nuclear energy liability policy; or

    (2) would be an **insured** under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

b. A nuclear energy liability policy is a policy issued by any of the following or their successors:

    (1) Nuclear Energy Liability Insurance Association;

    (2) Mutual Atomic Energy Liability Underwriters; or

    (3) Nuclear Insurance Association of Canada.

11. **Punitive** or **exemplary damages** awarded against any **insured**.

12. **Bodily injury** to you or any **family member**.

13. **Bodily injury** or **property damage** arising out of the use of **your covered auto** while leased or rented to others. However, this exclusion does not apply to the operation of **your covered auto** by you or a **family member**.

14. **Bodily injury** or **property damage** arising out of a criminal act or omission of the **insured**. However, this exclusion (14.) does not apply to traffic violations.

B. We do not provide Liability Coverage for the ownership, maintenance or use of:

1. a. Any vehicle which:

    (1) has fewer than four wheels;

    (2) is designed mainly for use off public roads; or

        (3)   is a vehicle not required to be licensed for use on public roads.

   **b.**   This exclusion does not apply:

        (1)   while such vehicle is being used by an **insured** in a medical emergency; or

        (2)   to any **trailer**; or

        (3)   to any non-owned golf carts.

**2.**   Any vehicle, other than **your covered auto**, which is:

   **a.**   owned by you; or

   **b.**   furnished or available for your regular use.

**3.**   **a.**   Any vehicle, other than **your covered auto**, which is:

        (1)   owned by any **family member**; or

        (2)   furnished or available for the regular use of any **family member**.

   **b.**   However, this exclusion **(B.3.)** does not apply to you while you are maintaining or **occupying** any vehicle which is:

        (1)   owned by a **family member**; or

        (2)   furnished or available for the regular use of a **family member**.

**4.**   Any vehicle operated by an **insured** while it is:

   **a.**   located inside a facility designed for racing, for the purpose of preparing for, practicing for, used in, or competing in any prearranged or organized:

        (1)   race activity; or

        (2)   speed, performance, stunt, or demolition contest or exhibition; or

   **b.**   participating in a high performance driving or racing instruction course or school.

This exclusion does not apply to an organized and controlled event that is not a speed, performance, stunt or demolition event.

## LIMIT OF LIABILITY

**A.**   If the Declarations indicates per person/per accident coverage applies:

The limit of liability as shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one auto accident.

Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for **bodily injury** resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all **property damage** resulting from any one accident.

This is the most we will pay regardless of the number of:

**1.**   **insureds;**

**2.**   Claims made;

**3.**   Vehicles or premiums shown in the Declarations; or

**4.**   Vehicles involved in the auto accident.

**B.**   If the Declarations indicate **Combined Single Limit** applies, Paragraph A. above is replaced by the following:

The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for all damages resulting from any one auto accident. This is the most we will pay regardless of the number of:

**1.**   **insureds;**

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the auto accident.

We will apply the limit of liability to provide any separate limits required by law for **bodily injury** and **property damage** liability. However, this provision will not change our total limit of liability.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part B — Medical Payment Coverage or any Uninsured Motorists Coverage of this policy.

D. A vehicle and attached **trailer** are considered one vehicle. Therefore the limits of liability will not be increased for an accident involving a vehicle which has an attached **trailer**.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which **your covered auto** is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for **bodily injury** or **property damage** higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

## OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", shall be excess over any other collectible insurance.

However, we will provide primary insurance for a vehicle you do not own if:

1. The vehicle is leased by you under a written rental or lease agreement; and

2. The face of the rental or lease agreement contains, in at least 10-point type, the following language:

   The valid and collectible liability insurance of any authorized rental or leasing driver is primary for the limits of liability coverage required by § 324.021(7) and 627.736, Florida Statutes.

## PERSONAL INJURY PROTECTION COVERAGE

### INSURING AGREEMENT

A. We will pay in accordance with the Florida Motor Vehicle No-Fault Law as amended, personal injury protection benefits to or for an **insured** who sustains **bodily injury**. The **bodily injury** must be caused by an accident arising out of the ownership, maintenance or use of a **motor vehicle** and sustained by:

1. You or any **family member** while **occupying** a **motor vehicle** or, while a **pedestrian**, through being struck by a **motor vehicle**; or

2. Any other person while **occupying your covered auto** or, while a **pedestrian**, through being struck by **your covered auto**.

B. Personal injury protection benefits consist of:

1. **Medical Benefits.** 80% of reasonable expenses, as listed in the schedule under the Florida Motor Vehicle No-Fault Law, § 627.736(5)(a) for **medically necessary** medical, surgical, X-ray, dental, and rehabilitative services including prosthetic devices, and medically necessary ambulance, hospital, and

nursing services if the individual receives initial services and care within 14 days after the motor vehicle accident. The **medical benefits** provide reimbursement only for:

a.  Initial services and care that are lawfully provided, supervised, ordered or prescribed by a physician, osteopathic physician, chiropractic physician, or dentist licensed under Florida statutes or that are provided in a hospital or in a facility that owns, or is wholly owned by, a hospital. Initial services and care may also be provided by a person or entity licensed under Florida statutes which provides emergency transportation and treatment.

b.  Upon referral by a provider described in 1.a. above, follow-up services and care consistent with the underlying medical diagnosis rendered pursuant to 1.a. above which may be provided, supervised, ordered, or prescribed only by a physician, osteopathic physician, chiropractic physician or dentist licensed under Florida statutes to the extent permitted by applicable law and under the supervision of such physician, osteopathic physician, chiropractic physician, or dentist, by a physician assistant or advanced registered nurse practitioner licensed under Florida statutes. Follow-up services and care may also be provided by any of the following persons or entities:

   (1)  a hospital or ambulatory surgical center licensed under Florida statutes.

   (2)  an entity wholly owned by one or more physicians, chiropractic physicians, osteopathic physician, or dentists licensed under Florida statutes or by such practitioners and the spouse, parent, child, or sibling of such practitioners.

   (3)  an entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals.

   (4)  a physical therapist licensed under Florida statutes based upon a referral by a provider described in this 1.b. provision.

   (5)  A health care clinic licensed under the Florida Health Care Clinic Act:

      (a)  Which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities, or the Accreditation Association for Ambulatory Health Care, Inc.; or

      (b)  Which:

         (i)  Has a licensed medical director;

         (ii)  Has been continuously licensed for more than 3 years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and

         (iii)  Provides at least four of the following medical specialties:

            i.  General medicine;

            ii.  Radiography;

            iii.  Orthopedic medicine;

            iv.  Physical medicine;

            v.  Physical therapy;

            vi.  Physical rehabilitation;

            vii.  Prescribing or dispensing outpatient prescription medication; or

            viii.  Laboratory services;

            as authorized under the Florida Motor Vehicle No-Fault Law.

c.  reimbursement for services and care provided in 1.a. or 1.b. above, up to $10,000 if a physician, dentist, physician assistant or an advanced registered nurse practitioner licensed under Florida statutes has determined that the injured person had an **emergency medical condition.**

d.  reimbursement for services and care provided in 1.a. or 1.b. above is limited to $2,500 if a provider listed in paragraph 1.a. or 1.b. above determines that the injured person did not have an **emergency medical condition.**

**e.** **medical benefits** do not include massage as defined in Florida statutes, § 480.033 or acupuncture as defined in Florida statutes, § 457.102, regardless of the person, entity, or licensee providing massage or acupuncture, and a licensed massage therapist or licensed acupuncturist may not be reimbursed for **medical benefits** under this section.

**Medical benefits** shall only be reimbursed up to 80% of the schedule of maximum charges listed in the Florida Motor Vehicle No-Fault Law § 627.736(5)(a), Florida Statutes and as described under the Personal Injury Protection Limit of Liability, paragraph F. for such services and care that are lawfully provided, supervised, ordered or prescribed by a healthcare provider or facility authorized under Florida's Motor Vehicle No-Fault Law.

**2.** **Work loss.** With respect to the period of disability of an **insured**, 60% of any loss of gross income and earning capacity from that **insured's** inability to work due to **bodily injury**. However, **work loss** does not include any loss after an **insured's** death.

**3.** **Replacement Services.** With respect to the period of disability of an **insured**, all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the **insured** would have performed, without income, for the benefit of the **insured's** household had the **insured** not sustained **bodily injury**.

**4.** **Accidental Death.** A death benefit.

**C.** **DEFINITIONS APPLICABLE TO THIS COVERAGE**

**1.** For purposes of this coverage, a **motor vehicle** shall be deemed to be owned by a person if that person:

    **a.** holds the legal title to such vehicle.

    **b.** is a debtor having the right to possession, if such vehicle is the subject of a security agreement.

    **c.** is a lessee having the right to possession, if such vehicle is the subject of a lease which:

        **(1)** has an option to purchase; and

        **(2)** is for a period of at least 6 months.

    **d.** is a lessee having the right to possession, if such vehicle is the subject of a lease which:

        **(1)** does not have an option to purchase;

        **(2)** is for a period of at least 6 months; and

        **(3)** requires the lessee to secure insurance.

**2.** "**Emergency medical condition**" in this coverage means a medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonably be expected to result in any of the following:

    **a.** serious jeopardy to patient health.

    **b.** serious impairment to bodily functions.

    **c.** serious dysfunction of any body organ or part.

**3.** "**Insured**" in this coverage means:

    **a.** You or any **family member** while:

        **(1)** **occupying**; or

        **(2)** a **pedestrian** struck by;

        a **motor vehicle**.

    **b.** Any other person while:

        **(1)** **occupying**; or

        **(2)** a **pedestrian** struck by;

        **your covered auto**.

4. **"Medically necessary"** refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease or symptom in a manner that is:

   a. in accordance with the generally accepted standards of medical practice;

   b. clinically appropriate in terms of type, frequency, extent, site and duration; and

   c. not primarily for the convenience of the patient, physician or other health care provider.

5. **"Motor vehicle"** means:

   a. any self-propelled vehicle with four or more wheels which is:

      (1) designed; and

      (2) required to be licensed;

      for use on Florida highways.

   b. any trailer or semitrailer designed for use with such vehicle.

   However, **"motor vehicle"** does not include:

   a. any motor vehicle which is:

      (1) used in mass transit other than public school transportation;

      (2) designed to transport more than five passengers (excluding the operator); and

      (3) owned by a:

         (a) municipality;

         (b) transit authority; or

         (c) political subdivision of the state.

   b. a mobile home.

6. **"Occupying"** means:

   a. in or upon;

   b. entering into; or

   c. alighting from.

7. **"Pedestrian"** means a person who is not **occupying** a self-propelled vehicle.

8. **"Your covered auto"** means a **motor vehicle** owned by you and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law as amended, and either:

   a. a premium is charged; or

   b. it is a **trailer**, other than a mobile home, designed for use with a **motor vehicle**.

## EXCLUSIONS

A. We do not provide Personal Injury Protection Coverage for any **insured**:

   1. While operating **your covered auto** without your express or implied consent.

   2. If that **insured's** conduct contributed to his/her **bodily injury** under any of the following circumstances:

      a. intentionally causing **bodily injury** to himself/herself; or

      b. while committing a felony.

   3. Other than you, if that **insured** owns a **motor vehicle** for which security is required under the Florida Motor Vehicle No-Fault Law as amended.

   4. Other than you or any **family member**, who is entitled to personal injury protection benefits from a person who owns a **motor vehicle** which is not **your covered auto** under this policy, or from that vehicle's owner's policy.

   5. Who sustains **bodily injury** while **occupying** a **motor vehicle** located for use as a residence or premises.



6.  While **occupying your covered auto** while it is being used during any period of time that **insured is logged into a transportation network platform** as a driver, whether or not a passenger is **occupying** the vehicle.

B.  We do not provide Personal Injury Protection Coverage for:

1.  You or any **family member** while **occupying a motor vehicle** which is:

   a.  owned by you; and

   b.  not **your covered auto** under this policy.

2.  Any **pedestrian**, other than you or any **family member** who is not a legal resident of Florida.

3.  Any person operating **your covered auto** without your express or implied consent.

**PAYMENT OF LOSS**

We may pay the insured or any person or organization providing the medical services, supplies or care.

**LIMIT OF LIABILITY**

A.  Regardless of the number of:

1.  **Insureds;**

2.  Policies or bonds applicable;

3.  Vehicles involved; or

4.  Claims made;

the total aggregate limit of liability for all **medical benefits, work loss** and **replacement services** available, to or for each **insured** injured in any one accident, from all sources combined, including this policy shall be $10,000.

B.  Any amount payable under Personal Injury Protection Coverage shall be reduced by any amounts paid or payable for the same elements of loss under any workers' compensation laws.

C.  Any coverage provided under any Uninsured Motorists Coverage of this policy shall be excess over any personal injury protection benefits paid or payable.

D.  The amount of any deductible shown in the Declarations shall be applied to 100% of the following required personal injury protection related expenses and losses. The total amount otherwise payable under this coverage for:

1.  **Medical Benefits;**

2.  **Work loss;** and

3.  **Replacement Services;**

for each **insured** to whom the deductible applies. Accidental death is not subject to a deductible.

E.  Any amounts payable under this coverage shall be subject to Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers.

F.  Any amounts payable under this coverage for **medical benefits** shall not exceed the prescribed Schedule of Maximum Charges for such medical expenses as prescribed by the Florida Motor Vehicle No-Fault Law.

We will limit reimbursement of medical expenses to 80 percent of a properly billed reasonable charge, but in no event will we pay more than 80 percent of the following schedule of maximum charges:

1.  For emergency transport and treatment by providers licensed under Chapter 401, Florida Statutes, 200 percent of Medicare.

2.  For emergency services and care provided by a hospital licensed under Chapter 395, Florida Statutes, 75 percent of the hospital's usual and customary charges.

3.  For emergency services and care as defined by § 395.002, Florida Statutes, provided in a facility licensed under Chapter 395, Florida Statutes, rendered by a physician or dentist, and related hospital inpatient services rendered by a physician or dentist, the usual and customary charges in the community.

4. For hospital inpatient services, other than emergency services and care, 200 percent of the Medicare Part A prospective payment applicable to the specific hospital providing the inpatient services.

5. For hospital outpatient services, other than emergency services and care, 200 percent of the Medicare Part A Ambulatory Payment Classification for the specific hospital providing the outpatient services.

6. For all other medical services, supplies, and care, 200 percent of the allowable amount under:

   a. The participating physicians fee schedule of Medicare Part B, except as provided in sub-subparagraphs II and III.

   b. Medicare Part B, in the case of services, supplies, and care provided by ambulatory surgical centers and clinical laboratories.

   c. The Durable Medical Equipment Prosthetics/Orthotics and Supplies fee schedule of Medicare Part B, in the case of durable medical equipment.

   However, if such services, supplies, or care is not reimbursable under Medicare Part B, we will limit reimbursement to 80 percent of the maximum reimbursable allowance under workers' compensation, as determined under § 440.13, Florida Statutes, and rules adopted thereunder which are in effect at the time such services, supplies, or care is provided. Services, supplies, or care that is not reimbursable under Medicare or workers' compensation will not be reimbursed by us.

   For purposes of the above, the applicable fee schedule or payment limitation under Medicare is the fee schedule or payment limitation in effect on March 1 of the year in which the services, supplies, or care were rendered until March 1 of the following year and for the area in which such services, supplies, or care are rendered, except that it may not be less than the allowable amount under the participating physicians schedule of Medicare Part B for 2007 for medical services, supplies, and care subject to Medicare Part B.

G. Any death benefit payable under Personal Injury Protection Coverage shall be $5,000 per person. Death benefits are in addition to the **medical benefits**, **work loss and replacement services** provided under the policy.

## OTHER INSURANCE

A. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an **insured** receives personal injury protection benefits from another insurer, that insurer shall be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

B. If an **insured** sustains **bodily injury** while:

   1. **Occupying**; or

   2. Struck by a **motor vehicle** rented or leased under a rental or lease agreement;

   the personal injury protection benefits afforded under the lessor's policy shall be primary.

   This provision (B.) does not apply if the face of the rental or lease agreement contains, in at least 10-point type, the following language:

   The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by § 324.021(7) and § 627.736 Florida Statutes.

## GENERAL PROVISIONS APPLICABLE TO THIS COVERAGE ONLY

## POLICY TERRITORY

The policy territory is:

   1. Florida.

   2. The United States of America, its territories or possessions or Canada.

      This provision applies only to:

      a. you or any **family member** while **occupying your covered auto**; or

    **b.**   **you** while **occupying a motor vehicle**:

        **(1)**  owned by any **family member**; and

        **(2)**  for which security is maintained as required by the Florida Motor Vehicle No-Fault Law as amended.

## FRAUD

We do not provide Personal Injury Protection Coverage for an **insured** if that **insured** has committed, by a material act or omission, any insurance fraud relating to Personal Injury Protection Coverage under this policy, and if the fraud is:

    **1.**   Admitted to in a sworn statement by the **insured**; or

    **2.**   Established in a court of competent jurisdiction.

Any insurance fraud shall void all coverage arising from the claim related to such fraud under the personal injury protection coverage of the **insured** who committed the fraud, irrespective of whether a portion of the **insured's** claim may be legitimate, and any benefits paid prior to the discovery of the **insured's** insurance fraud shall be recoverable by us from the person who committed insurance fraud in their entirety. The prevailing party is entitled to its costs and attorney's fees in any action in which it prevails in an insurer's action to enforce its right of recovery under this paragraph.

If we have a reasonable belief that a fraudulent insurance act has been committed, we will notify you, in writing, within 30 days after submission of the claim that the claim is being investigated for suspected fraud. Beginning at the end of the initial 30-day period, the insurer has an additional 60 days to conduct its fraud investigation. We must either deny the claim or pay the claim no later than 90 days after submission of the claim.

## LEGAL ACTION AGAINST US

**A.**   No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, no legal action may be brought against us:

    **1.**   Until the claim for benefits is overdue in accordance with the provisions of Payment of Benefits, paragraph 1.; and

    **2.**   Until a demand letter is provided to us in accordance with the requirements of the Florida Motor Vehicle No-Fault Law, § 627.736, Florida Statutes; and

    **3.**   With respect to the overdue claim specified in the demand letter, if we have:

        **a.**  paid the overdue claim; or

        **b.**  agreed to pay for future treatment not yet rendered;

        within 30 days from the date of receipt of the demand letter by us, in accordance with the requirements of the Florida Motor Vehicle No-Fault Law, § 627.736, Florida Statutes.

        The demand letter shall be mailed to us by U.S. certified mail or registered mail, return receipt requested.

**B.**   No person or organization has any right under this policy to bring us into any action to determine the liability of an **insured**.

**C.**   If legal action is brought against us, all claims related to the same health care provider for the same **insured** shall be brought in one action, unless good cause is shown why such claims should be brought separately.

## OUR RIGHT TO RECOVER PAYMENT

**A.**   If we make a payment under Personal Injury Protection Coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

    **1.**   Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and

    **2.**   Do nothing after loss to prejudice these rights.

**B.**   If we make a payment under Personal Injury Protection Coverage and the person to or for whom payment was made sustained **bodily injury** while:

    **1.**   **Occupying**; or

    **2.**   A **pedestrian** struck by;

a commercial motor vehicle, as defined in the Florida Motor Vehicle No-Fault Law as amended, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle or that person's insurer.

However, our right of reimbursement under Paragraph B. does not apply to the owner or registrant of a motor vehicle used as a taxicab.

## PAYMENT OF BENEFITS

1. Benefits payable under Personal Injury Protection Coverage may be overdue if not paid within 30 days after written notice of loss and the amount of loss have been filed with us in accordance with the provisions of the Florida Motor Vehicle No-Fault Law as amended.

2. We may, at our option, pay any **medical benefits** to the:

   a. **insured**; or

   b. person or organization providing services or supplies for such benefits.

   However, we will not pay:

   a. a claim or charges for such benefits made by a:

      (1) broker, as defined in the Florida Motor Vehicle No-Fault Law as amended; or

      (2) person making the claim on behalf of such broker.

   b. any charge or reimbursement made by or on behalf of a clinic that is required to be licensed with the Agency For Health Care Administration:

      (1) but is not so licensed; or

      (2) that is otherwise operating in violation of the Florida Health Care Clinic Act.

   c. a claim or charges for such benefits:

      (1) for any service or treatment that was not lawful at the time rendered;

      (2) to any person who knowingly submits a false or misleading statement relating to the claim or charges;

      (3) with respect to a bill or statement that does not substantially meet the applicable requirements of FLA. STAT. SECTION § 627.736(5)(d), Florida Statutes;

      (4) for any service or treatment that is:

         (a) upcoded; or

         (b) that is unbundled when such treatment or service should be bundled;

         in accordance with the provisions of the Florida Motor Vehicle No-Fault Law as amended.

      (5) for any medical services or treatment billed by a physician and not provided in a hospital unless such services or treatment:

         (a) are actually rendered by the physician or are incident to the physician's professional services; and

         (b) are included on the physician's bill, including documentation verifying that the physician is responsible for the medical services or treatment that were rendered and billed.

   d. for any invalid diagnostic test as determined by the Florida Department of Health in accordance with the Florida Motor Vehicle No-Fault Law as amended.

   e. charges for any services rendered by any person who violates the provisions of FLA. STAT. SECTION 817.234(8) in regard to the **insured** for whom such services were rendered and with respect to soliciting business or causing business to be solicited from any **insured** involved in a motor vehicle accident for the purpose of making:

      (1) motor vehicle tort claims; or

      (2) claims for personal injury protection benefits.

3.  If a person seeking Personal Injury Protection Coverage as a result of an injury sustained while committing a felony, is charged with committing that felony, we shall withhold benefits until, at the trial level:

    a.  The prosecution makes a formal entry on the record that it will not prosecute the case against that person;

    b.  The charge is dismissed; or

    c.  That person is acquitted.

4.  If we pay only a portion of a claim or reject a claim due to an alleged error in the claim, we, at the time of the partial payment or rejection, will provide an itemized specification or explanation of benefits due to the specified error. Upon receiving the specification or explanation, the person making the claim, at the person's option and without waiving any other legal remedy for payment, has 15 days to submit a revised claim, which will be considered a timely submission of written notice of a claim.

5.  We will create and maintain for each **Insured** a log of personal injury protection benefits paid by us on behalf of the **Insured**. If litigation is commenced, we shall provide the **Insured** a copy of the log within 30 days after receiving a request for the log from the **Insured**.

6.  If there is a dispute between an **Insured** and us, or between an assignee of the **Insured's** rights and us, upon request, we will notify the **Insured** or the assignee that the policy limits under this coverage have been reached within 15 days after the limits have been reached.

## MODIFICATION OF POLICY COVERAGES

A.  Any coverage provided under Part B — Medical Payments Coverage or any Uninsured Motorists Coverage of this policy shall be excess over our share of any personal injury protection benefits paid or payable.

B.  No coverage is provided under Part B — Medical Payments Coverage for the amount of any applicable deductible under Personal Injury Protection Coverage.

## PROVISIONAL PREMIUM

A.  In the event of any change in the:

    1.  Rules;

    2.  Rates;

    3.  Rating plan;

    4.  Premiums; or

    5.  Minimum premiums;

applicable to Personal Injury Protection Coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law as amended which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under Part A — Liability Coverage, Part B — Medical Payments Coverage or any Uninsured Motorists Coverage of this policy shall be deemed to be provisional and subject to recomputation.

B.  If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to you, in accordance with the Florida Motor Vehicle No-Fault Law as amended, with respect to insurance provided under a previous policy.

C.  If the final recomputed premium exceeds the premium shown in the Declarations, you shall pay us:

    1.  The excess amount; and

    2.  The amount of any return premium previously credited or refunded.

## PART B — MEDICAL PAYMENTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay usual and customary charges incurred for reasonable and necessary medical and funeral expenses because of **bodily injury**:

1. Caused by accident; and

2. Sustained by an **insured**.

Medical Payments Coverage does not cover:

1. Massage, regardless of the person, entity or licensee providing massage, and a licensed massage therapist may not be reimbursed for medical benefits.

2. Acupuncture, regardless of the person, entity or licensee providing acupuncture, and a licensed acupuncturist may not be reimbursed for medical benefits.

We will pay only those expenses:

1. Incurred for services rendered within three (3) years from the date of the accident; and

2. The initial services and care were received within 14 days after the motor vehicle accident.

We have a right to review medical expenses and services to determine if they are reasonable and necessary for the **bodily injury** sustained.

**B.** "**Insured**" as used in this Part B — Medical Payments Coverage means:

1. You or any **family member**:

   a. while **occupying**; or

   b. as a pedestrian or bicyclist when struck by;

   a motor vehicle designed for use mainly on public roads or a trailer of any type.

2. Any other person while **occupying your covered auto** with your express or implied permission.

3. Any other person while **occupying**, as a guest, an automobile not owned by you or a **family member**, while being operated by you or a **family member**.

**C.** "**Emergency medical condition**" in this coverage means a medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonably be expected to result in any of the following:

   a. serious jeopardy to patient health.

   b. serious impairment to bodily functions.

   c. serious dysfunction of any body organ or part.

**EXCLUSIONS**

We do not provide Medical Payments Coverage for any **insured** for **bodily injury**:

1. Sustained while **occupying** any motorized vehicle having fewer than four wheels.

2. Sustained while **occupying your covered auto** when it is being used as a public or livery conveyance. This includes any period of time while it is being used by any person who is logged into a **transportation network platform** as a driver, whether or not a passenger is **occupying** the vehicle. This exclusion (2.) does not apply to a share-the-expense car pool.

3. Sustained while **occupying** any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

4. Sustained while **occupying** any vehicle located for use as a residence or premises.

5. Occurring during the course of employment if workers' compensation benefits are required or available for the **bodily injury**.

6. Sustained while **occupying**, or when struck by, any vehicle (other than **your covered auto**) which is:

   a. owned by you; or

   b. furnished or available for your regular use.

7. Sustained while **occupying**, or when struck by, any vehicle (other than **your covered auto**) which is:

   a. owned by any **family member**; or

   b. furnished or available for the regular use of any **family member**.

   However, this exclusion (7.) does not apply to you.

8. Sustained while **occupying** a vehicle without the express or implied permission of the owner or other person having lawful possession. However, this exclusion does not apply to a **family member** using **your covered auto**.

9. Sustained while **occupying** a vehicle when it is being used in the **business** of an **insured**. This exclusion (9.) does not apply to **bodily injury** sustained while **occupying** a:

   a. private passenger auto;

   b. pickup or van; or

   c. **trailer** used with a vehicle described in a. or **b.** above.

10. Caused by or as a consequence of:

    a. discharge of a nuclear weapon (even if accidental);

    b. war (declared or undeclared);

    c. civil war;

    d. insurrection; or

    e. rebellion or revolution.

11. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

    a. nuclear reaction;

    b. radiation; or

    c. radioactive contamination.

12. Sustained while **occupying** any vehicle operated by the **insured** while it is:

    a. located inside a facility designed for racing, for the purpose of preparing for, practicing for, used in, or competing in any prearranged or organized:

       (1) race activity; or

       (2) speed, performance, stunt, or demolition contest or exhibition; or

    b. participating in a high performance driving or racing instruction course or school.

    This exclusion does not apply to an organized and controlled event that is not a speed, performance, stunt or demolition event.

13. Caused by the actual growth, proliferation or spread of **fungi** or bacteria.

**LIMIT OF LIABILITY**

A. The limit of liability shown in the Declarations for this Medical Payments Coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

   1. **Insureds**;

   2. Claims made;

   3. Vehicles or premiums shown in the Declarations; or

   4. Vehicles involved in the accident.

The maximum limit of liability for the total of all Medical Payment Coverage shown in the Declarations is the total limit under this policy for Medical Payments Coverage available, to or for each **insured** injured in any one accident, if the **insured** receives initial services and care within 14 days after the motor vehicle accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this Medical Payments Coverage and Part A — Liability Coverage or any Uninsured Motorists Coverage of this policy.

**C.** No one will be entitled to receive supplemental payment under Medical Payments Coverage for claims in excess of Personal Injury Protection Coverage limits if they did not sustain an emergency medical condition as defined under Personal Injury Protection Coverage.

**D.** Any amounts payable under this coverage shall be subject to Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers.

**E.** Any amounts payable under this coverage shall not exceed the prescribed Schedule of Maximum Charges for such medical expenses as prescribed by the Florida Motor Vehicle No-Fault Law.

In no event will we pay more than the following schedule of maximum charges:

1. For emergency transport and treatment by providers licensed under Chapter 401, Florida Statutes, 200 percent of Medicare.

2. For emergency services and care provided by a hospital licensed under Chapter 395, Florida Statutes, 75 percent of the hospital's usual and customary charges.

3. For emergency services and care as defined by § 395.002, Florida Statutes, provided in a facility licensed under Chapter 395, Florida Statutes, rendered by a physician or dentist, and related hospital inpatient services rendered by a physician or dentist, the usual and customary charges in the community.

4. For hospital inpatient services, other than emergency services and care, 200 percent of the Medicare Part A prospective payment applicable to the specific hospital providing the inpatient services.

5. For hospital outpatient services, other than emergency services and care, 200 percent of the Medicare Part A Ambulatory Payment Classification for the specific hospital providing the outpatient services.

6. For all other medical services, supplies, and care, 200 percent of the allowable amount under

   **a.** The participating physicians fee schedule of Medicare Part B, except as provided in sub-subparagraphs **b.** and **c.**

   **b.** Medicare Part B, in the case of services, supplies, and care provided by ambulatory surgical centers and clinical laboratories.

   **c.** The Durable Medical Equipment Prosthetics/Orthotics and Supplies fee schedule of Medicare Part B, in the case of durable medical equipment.

However, if such services, supplies, or care is not reimbursable under Medicare Part B, we will limit reimbursement to the maximum reimbursable allowance under workers' compensation, as determined under § 440.13, Florida Statutes, and rules adopted thereunder which are in effect at the time such services, supplies, or care is provided.

For purposes of the above, the applicable fee schedule or payment limitation under Medicare is the fee schedule or payment limitation in effect on March 1 of the year in which the services, supplies, or care were rendered and for the area in which such services, supplies, or care were rendered until March 1 of the following year, except that it may not be less than the allowable amount under the participating physicians schedule of Medicare Part B for 2007 for medical services, supplies, and care subject to Medicare Part B.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

Medical Payments Coverage under this policy shall be excess over **medical benefits** of all Personal Injury Protection Coverage available from all sources. However, this does not apply to the 20% of the **medical benefits** that are not paid under Personal Injury Protection Coverage because of the 80% limitation.

## PART C — UNINSURED MOTORISTS COVERAGE (STACKED OPTION)

**INSURING AGREEMENT**

We will pay damages which an **insured** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury**:

1. Sustained by an **insured**; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**DEFINITIONS**

A. **"Insured"** as used in this Part C — Uninsured Motorists Coverage means:

1. You or any **family member**.

2. Any **rated driver**.

3. Any other person **occupying your covered auto** with your express or implied permission.

4. Any person for damages that person is entitled to recover because of **bodily injury** to which this coverage applies sustained by a person described in 1. through 3. above.

B. **"Rated driver"** means a person residing in your household at the time of the loss who is not a **family member**, but only if that person is listed as a **rated driver** on your Policy Declarations page and not insured for uninsured motorists coverage by any other insurance policy.

C. **"Uninsured motor vehicle"** means a land motor vehicle or trailer of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. To which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for **bodily injury** under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in **bodily injury** without hitting:

   a. you, any **family member** or any other **rated driver**;

   b. a vehicle which you, any **family member** or any other **rated driver** are occupying; or

   c. **your covered auto**.

   If there is no physical contact with the hit-and-run vehicle the facts of the accident must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

   a. denies coverage; or

   b. is or becomes insolvent.

However, **uninsured motor vehicle** does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any **family member** unless it is a **your covered auto** to which Part A of the policy applies and liability coverage is excluded for any person other than you or any **family member** for damages sustained in the accident by you or any **family member**.

2. Operated on rails or crawler treads.

3. Designed mainly for use off public roads while not on public roads.

4.   While located for use as a residence or premises.

**EXCLUSIONS**

A.   We do not provide Uninsured Motorists Coverage for **bodily injury** sustained by any **insured**:

1.   If that **insured** or the legal representative settles the **bodily injury** claim without our consent. However, this exclusion (A.1.) does not apply:

a.   if such settlement does not prejudice our right to recover payment; or

b.   to a settlement made with the insurer of a vehicle described in section 2. of the definition of **uninsured motor vehicle**.

2.   While **occupying your covered auto** when it is being used as a public or livery conveyance. This includes any period of time while it is being used by any person who is logged into a **transportation network platform** as a driver, whether or not a passenger is **occupying** the vehicle. This exclusion (A.2.) does not apply to a share-the-expense car pool.

3.   While using any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

4.   While using a vehicle without the express or implied permission of the owner or other person having lawful possession. However, this exclusion does not apply to you, any **family member** or any other **rated driver** using **your covered auto**.

5.   With respect to damages for pain, suffering, mental anguish or inconvenience unless the **bodily injury** consists in whole or in part of:

a.   significant and permanent loss of an important bodily function;

b.   permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

c.   significant and permanent scarring or disfigurement; or

d.   death.

B.   This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1.   Workers' compensation law; or

2.   Disability benefits law.

C.   We do not provide Uninsured Motorists Coverage for **punitive or exemplary damages**.

**LIMIT OF LIABILITY**

A.   Our maximum limit of liability for you, any **family member**, or any other **rated driver** for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one accident is the sum of the limits of liability shown in the Declarations for each person.

Subject to this limit for each person, our maximum limit of liability for you, any **family member**, or any other **rated driver** for all damages arising out of **bodily injury** resulting from any one accident is the sum of the limits of liability shown in the Declarations for each accident.

B.   For **insureds** other than you, any **family member** or any other **rated driver**, the limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage applicable to **your covered auto** that the **insured** was **occupying** at the time of the accident, is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one accident.

Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage applicable to **your covered auto** that the **insured**, other than you, any **family member** or any other **rated driver**, was **occupying** at the time of the accident, is our maximum limit of liability for all damages for **bodily injury** resulting from any one auto accident.

C.  This is the most we will pay regardless of the number of:

1.  **Insureds**;

2.  Claims made;

3.  Vehicles or premiums shown in the Declarations; or

4.  Vehicles involved in the accident.

D.  No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1.  Part A — Liability Coverage of this policy;

2.  No-fault coverage; or

3.  Automobile medical payments coverage.

E.  We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

F.  We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1.  Workers' compensation law; or

2.  Disability benefits law.

G.  With respect to coverage under Paragraph **2.** of the definition of **uninsured motor vehicle**, we will reduce the **insured's** total damages by any amount available to that **insured**, under any bodily injury liability bonds or policies applicable to the **uninsured motor vehicles**, that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of an **uninsured motor vehicle**. However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage.

This Paragraph **G.** shall not apply if we advance payment to the **insured** in an amount equal to the tentative settlement with the insurer of the **uninsured motor vehicle**.

H.  A vehicle and attached **trailer** are considered one vehicle. Therefore, the limits of liability will not be increased for an accident involving a vehicle which has an attached **trailer**.

I.  If Combined Single Limit Uninsured Motorists Coverage applies the paragraphs under **A.** and **B.** of the Limit of Liability provision for Uninsured Motorists Coverage (Stacked Options) are replaced by the following:

The maximum limit of liability for Uninsured Motorists Coverage in any accident involving you, any **family member** or any other **rated driver** is the sum of the Uninsured Motorists Coverage limits shown in the Declarations applicable to each vehicle in the Declarations.

The maximum limit of our liability for Uninsured Motorists Coverage in any one accident involving an **insured** other than you, any **family member** or any other **rated driver** is the limit shown on the Declarations applicable to the vehicle that the **insured** was **occupying** at the time of the accident.

This is the most we will pay regardless of the number of:

1.  **Insureds**;

2.  Claims made;

3.  Vehicles or premiums shown in the Declarations; or

4.  Vehicles involved in the accident.

## OTHER INSURANCE

If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

## ARBITRATION

A.  If we and an **insured** do not agree:

1.  Whether that **insured** is legally entitled to recover damages; or

2.  As to the amount of damages which are recoverable by that **insured**;

from the owner or operator of an **uninsured motor vehicle** then the matter may be:

1. Mediated, in accordance with the Mediation provision contained in Part F — General Provisions of the policy, if the damages resulting from **bodily injury** are for $10,000 or less; or

2. Arbitrated. However, disputes concerning coverage under this Part C — Uninsured Motorists Coverage may not be arbitrated.

If either party demands mediation, the mediation must be completed before arbitration can occur.

B. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the **insured** is legally entitled to recover damages; and

2. The amount of damages.

## FLORIDA ARBITRATION CODE

If we and an **insured** agree to arbitration, the Florida Arbitration Code will not apply.

## ADDITIONAL DUTIES

A person seeking Uninsured Motorists Coverage under section 2. of the definition of **uninsured motor vehicle** must also promptly:

1. Send us copies of the legal papers if a suit is brought; and

2. Notify us in writing by certified or registered mail of a tentative settlement between the **insured** and the insurer of the **uninsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **uninsured motor vehicle**.

## GENERAL PROVISIONS

### TWO OR MORE AUTOS INSURED; TWO OR MORE AUTO POLICIES

1. This provision does not apply to Uninsured Motorists Coverage to you, any **family member** or any other **rated driver** if you have purchased Uninsured Motorists Coverage — Stacked Option.

2. No one will be entitled to receive duplicate payments for the same elements of loss under Uninsured Motorists Coverage STACKED OPTION.

## PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

### INSURING AGREEMENT

A. We will pay for direct and accidental loss to **your covered auto** or any **non-owned auto**, including its equipment, any child safety seat in use in **your covered auto** or **non-owned auto**, minus any applicable deductible shown in the Declarations. We will pay for loss to **your covered auto** caused by:

1. Other than **collision** only if the Declarations indicate that Comprehensive Coverage is provided for that auto.

2. **Collision** only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a **non-owned auto**, we will provide the broadest coverage applicable to any vehicle shown in the Declarations.



**B.** "**Collision**" means the upset of **your covered auto** or a **non-owned auto** or its impact with another vehicle or object.

"**Comprehensive**" means loss, other than **collision**, to **your covered auto** or a **non-owned auto**. Losses caused by the following are not **collision** losses but are **comprehensive** losses:

Loss caused by missiles or falling objects; fire; theft or larceny; explosion or earthquake; windstorm; hail, water or flood; malicious mischief or vandalism; riot or civil commotion; contact with a bird or animal; or breakage of glass.

If breakage of glass is caused by a **collision**, you may elect to have it considered a loss caused by **collision**.

**C.**  **1.**  "**Non-owned auto**" means:

    **a.**  Any private passenger auto, pickup, van (other than a cargo van) or **trailer** with a Gross Vehicle Weight Rating of 12,000 pounds or less or any cargo van or moving van with a Gross Vehicle Weight Rating of 16,000 pounds or less, not owned by or furnished or available for the regular use of you or any **family member** while in the custody of or being operated by you or any **family member**; or

    **b.**  Any auto or **trailer** you do not own while used as a temporary substitute for **your covered auto** which is out of normal use because of its:

        (1)  breakdown;

        (2)  repair;

        (3)  servicing;

        (4)  loss; or

        (5)  destruction.

  **2.**  "**Non-owned auto**" does not include any vehicle which has been operated or rented by or in the possession of you or any **family member** for 30 or more consecutive days. This does not apply to a temporary substitute vehicle authorized by us.

**D.**  "**Camper body**" means a body equipped as sleeping or living quarters which is designed to be mounted on a pickup.

**E.**  "**Diminution in value**" means the actual or perceived loss in market or resale value which results from a direct and accidental loss.

## DEDUCTIBLE

Unless stated otherwise, the applicable deductible shown in the Declarations shall be applied to each accidental loss covered under Part D — Coverage for Damage to Your Auto of the policy. However,

  **1.**  If loss to more than one of **your covered autos** or a **non-owned auto** results from the same loss, only the highest applicable deductible will apply;

  **2.**  In the event of a **collision** with another vehicle insured by:

    **a.**  a Safeco insurance company; or

    **b.**  another Liberty Mutual Agency Corporation company;

    no deductible will apply.

    This does not include a vehicle described as **your covered auto** or **non-owned auto**.

  **3.**  We will pay under Comprehensive Coverage for the cost of repairing or replacing the damaged windshield on **your covered auto** or a **non-owned auto** without a deductible. We will pay only if the Declarations indicates that Comprehensive Coverage applies.

## TRANSPORTATION EXPENSES

**A.** Subject to the limitations described in paragraphs B. and C., below, we will pay:

1. Temporary transportation expenses incurred by you in the event of the total theft of **your covered auto** or a **non-owned auto**. We will pay for such expenses only if the Declarations indicate that Comprehensive Coverage is provided for that auto. We will pay only expenses incurred during the period:

    **a.** beginning 48 hours after the theft; and

    **b.** ending when **your covered auto** or the **non-owned auto** is returned to use or we pay for its loss.

2. Indirect loss expenses for which you become legally responsible in the event of a loss to a **non-owned auto**. We will pay only expenses beginning when the **non-owned auto** is withdrawn from use for more than 24 hours. We will pay for indirect loss expenses if the loss is caused by:

    **a.** a comprehensive loss only if the Declarations indicate that Comprehensive Coverage is provided for any **your covered auto**.

    **b.** **collision** only if the Declarations indicate that Collision Coverage is provided for any **your covered auto**.

**B.** For the expenses described in paragraphs **A.1.** and **A.2.** we will pay the greater of the following, without application of a deductible:

1. Up to $20 per day, to a maximum of $600; or

2. The limit for Loss of Use, if any, shown in the Declarations.

**C.** Our payment for the expenses described in paragraphs **A.1.** and **A.2.** will be limited to that period of time reasonably required to repair or replace the **your covered auto** or the **non-owned auto**.

## EXCLUSIONS

We will not pay for:

1. Loss to **your covered auto** or any **non-owned auto** which occurs while it is being used as a public or livery conveyance. This includes any period of time while it is being used by any person who is logged into a **transportation network platform** as a driver, whether or not a passenger is **occupying** the vehicle. This exclusion (1.) does not apply to a share-the-expense car pool.

2. Loss to **your covered auto** or any **non-owned auto** while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

3. Damage due and confined to:

    **a.** wear and tear;

    **b.** freezing;

    **c.** mechanical or electrical breakdown or failure; or

    **d.** road damage to tires.

    This exclusion (3.) does not apply if the damage results from the total theft of **your covered auto** or any **non-owned auto**.

4. Loss due to or as a consequence of:

    **a.** discharge of any nuclear weapon (even if accidental);

    **b.** war (declared or undeclared);

    **c.** civil war;

    **d.** insurrection; or

    **e.** rebellion or revolution.

5. Loss from or as a consequence of the following, whether controlled or uncontrolled or however caused:

    **a.** nuclear reaction;

    **b.**  radiation; or

    **c.**  radioactive contamination.

**6.**  Loss to:

    **a.**  any electronic equipment designed for the production or reproduction of sound, pictures, audio, visual or data or that receives or transmits sound, pictures or data signals.

    **b.**  This exclusion (6.) does not apply to:

        **(1)**  equipment designed for the reproduction of sound or transmission of sound, pictures, audio, visual or data signals and accessories used with such equipment, provided:

            **(a)**  the electronic equipment is permanently installed by the original vehicle manufacturer or manufacturer's dealership in **your covered auto** or any **non-owned auto**; or

            **(b)**  the electronic equipment is:

                **i.**  removable from a housing unit which is permanently installed by the original vehicle manufacturer or manufacturer's dealership in the auto;

                **ii.**  designed to be solely operated by use of the power from the auto's electrical system; and

                **iii.**  in or upon **your covered auto** or any **non-owned auto**;

                at the time of loss.

            **(c)**  any equipment installed through our Teen Safe Driver™ program.

            However, we will pay only up to a total of $500 or the actual cash value of **your covered auto** or any **non-owned auto**, whichever is less, for all such equipment that is not installed by the original vehicle manufacturer or manufacturer's dealership.

        **(2)**  any other electronic equipment that is:

            **(a)**  necessary for the normal operation of the auto or the monitoring of the auto's operating systems;

            **(b)**  an integral part of the same unit housing any electronic equipment described in 7.a. and permanently installed by the original vehicle manufacturer or manufacturer's dealership in **your covered auto** or any **non-owned auto**.

**7.**  Loss to:

    **a.**  tapes, records, discs, or other media used with such equipment described in exclusion (6.); or

    **b.**  any other accessories, not permanently installed used with such equipment described in exclusion (6.).

**8.**  Loss to **your covered auto** or any **non-owned auto** due to destruction or confiscation by governmental or civil authorities because you or any **family member**:

    **a.**  engaged in illegal activities; or

    **b.**  failed to comply with Environmental Protection Agency or Department of Transportation standards.

    This exclusion (8.) does not apply to the interests of Loss Payees in **your covered auto**.

**9.**  Loss to a **camper body**, motorhome or **trailer** you own which is not shown in the Declarations. This exclusion (9.) does not apply to a **camper body**, motorhome or **trailer** you:

    **a.**  acquire during the policy period; and

    **b.**  ask us to insure during the policy period or within 30 days after you become the owner, whichever is greater.

**10.**  Loss to any **non-owned auto** when used by you or any **family member** without the express or implied permission of the owner or other person having lawful possession.

**11.**  Loss to equipment, whether operational or not, whose design may be used for the detection or location of law enforcement equipment.

12. Loss to any **non-owned auto** being maintained or used by any person while employed or otherwise engaged in the **business** of:

    **a.** selling;

    **b.** repairing;

    **c.** servicing;

    **d.** storing; or

    **e.** parking;

    vehicles designed for use on public highways. This includes road testing and delivery.

13. Loss to any **non-owned auto** being maintained or used by any person while employed or otherwise engaged in any **business** not described in exclusion **2.** This exclusion **(13.)** does not apply to the maintenance or use by you or any **family member** of a **non-owned auto** which is a private passenger auto or **trailer,**

14. Loss to your **covered auto** or any **non-owned auto** operated by an **insured** while it is:

    **a.** located inside a facility designed for racing, for the purpose of preparing for, practicing for, used in, or competing in any prearranged or organized:

        (1) race activity; or

        (2) speed, performance, stunt, or demolition contest or exhibition; or

    **b.** participating in a high performance driving or racing instruction course or school.

    This exclusion does not apply to an organized and controlled event that is not a speed, performance, stunt or demolition event.

15. Loss to, or loss of use of, a **non-owned auto** rented by:

    **a.** you; or

    **b.** any **family member**;

    if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that **family member**, pursuant to the provisions of any applicable rental agreement or state law.

16. Loss to your **covered auto** or any **non-owned auto**, arising out of the actual presence, growth, proliferation or spread of **fungi**, dry rot or bacteria.

17. Loss to your **covered auto**, **non-owned auto**, or **trailer**, for **diminution in value**.

18. Loss in excess of $500 per claim or the actual cash value of **your covered auto** or any **non-owned auto**, whichever is less, for any furnishings or equipment that were not installed by the original vehicle manufacturer or manufacturer's dealership which mechanically or structurally changes your vehicle and results in increase in performance or change in appearance, including but not limited to:

    **a.** custom murals, paintings or other decals or graphics;

    **b.** custom wheels, tachometers, pressure and temperature gauges;

    **c.** modified or custom engines and fuel systems, light bars, racing slicks and/or oversized tires, roll bars and lift kits, winches, utility boxes, and tool boxes; or

    **d.** non-standard paint.

    This exclusion does not apply to equipment installed to make a vehicle handicap accessible.

19. Loss arising out of the use of **your covered auto** while leased or rented to others.

20. Loss to your **covered auto** or a **non-owned auto** caused by an intentional act by you or a **family member**, or at the direction of you or a **family member**.

**LIMIT OF LIABILITY**

**A.** At our option, our limit of liability for loss will be the lowest of:

    1. The actual cash value of the stolen or damaged property;

2.  a.  The amount necessary to repair or replace the property with other property of like kind and quality.

    b.  Determination of the cost of repair or replacement will be based upon one of the following:

      (1)  the cost of repair or replacement agreed upon by you and us;

      (2)  an estimate written based upon the prevailing competitive price. You agree with us that we may include in the estimate parts furnished by the original vehicle manufacturer or parts from other sources including non-original equipment manufacturers. The prevailing competitive price means prices charged by a majority of the repair market in the area where the vehicle is to be repaired as determined by us; or

3.  The limit of liability shown in the Declarations.

However, the most we will pay for loss to any **non-owned auto**, which is a **trailer**, is $1,500.

B.  An adjustment for depreciation and physical condition may be made based upon the physical condition and wear and tear of the property or damaged part of the property at the time of the loss. This adjustment for physical condition includes but is not limited to, broken, cracked or missing parts, rust, dents, scrapes, gouges and paint condition. When replacing parts normally subject to repair or replacement during the useful life of the vehicle, we will not pay for the amount of any betterment.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1.  You; or

2.  The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a **non-owned auto** shall be excess over any other collectible source of recovery including, but not limited to:

1.  Any coverage provided by the owner of the **non-owned auto**;

2.  Any other applicable physical damage insurance; or

3.  Any other source of recovery applicable to the loss.

## APPRAISAL

A.  If we and you do not agree on the amount of loss, either may request an appraisal of the loss. Both parties must agree to the appraisal. Upon notice of request for an appraisal, the opposing party may, prior to appraisal, request mediation of the dispute in accordance with the Mediation provision. The mediation must be completed before a request for appraisal can be made.

B.  In the event of an appraisal, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1.  Pay its chosen appraiser; and

2.  Bear the expenses of the appraisal and umpire equally.

C.  We do not waive any of our rights under this policy by agreeing to an appraisal.

## PART E — DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

**A.** We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

**B.** Any person or organization making claim must:

   **1.** Cooperate with us in the investigation, settlement or defense of any claim or suit. This includes but is not limited to recorded interviews at a reasonable location, while not in the presence of any other person or establishment making a claim or claiming benefits. The recorded interview may be recorded by audio, video, court reporter or any combination thereof.

   **2.** Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

   **3.** Submit, as often as we reasonably require to physical or mental examinations by physicians we select. We will pay for these exams. If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent medical benefits.

   **4.** Authorize us to obtain medical reports and other pertinent records.

**C.** We may require any **Insured** including an omnibus **Insured** making a claim with us to also:

   **1.** Submit a proof of loss, under oath if requested, when required by us;

   **2.** Submit to examinations under oath, as often as reasonably needed, and subscribe the same. The scope of questioning during the examination under oath is limited to relevant information or information that could reasonably be expected to lead to relevant information. The examination under oath may be recorded by audio, video, court reporter or any combination thereof. We may examine any **Insured** separately and apart from the presence of any other **Insured**. Compliance with condition C.2. is a condition precedent to receiving Personal Injury Protection benefits.

   **3.** Submit to interviews and recorded statements without the need for us to conduct an examination under oath. The recorded interview may be recorded by audio, video or court reporter or any combination thereof.

Complying with these duties is required before a suit can be filed.

**D.** In addition to requirements listed under **A.** and **C.** above, a person seeking Personal Injury Protection Coverage must:

   **1.** Promptly forward to us a copy of the:

      **a.** summons and complaint; or

      **b.** other process;

   served in connection with any legal action that the **Insured** takes against a third party to recover damages for **bodily injury**.

   **2.** Promptly give us written proof of claim, under oath if required. Such proof shall include:

      **a.** full details of the nature and extent of the injuries and treatment received and contemplated; and

      **b.** any other information which may assist us in determining the amount due and payable.

   **3.** Submit as often as we reasonably require to mental or physical exams. We will:

      **a.** pay for these exams; and

      **b.** forward a copy of the medical report to that person if requested.

If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent personal injury protection benefits. An **Insured's** refusal to submit to or failure to appear at two examinations raises a rebuttable presumption that the **Insured's** refusal or failure was unreasonable and we are no longer liable for payment for any subsequent personal injury protection benefits.

0000072D0NQUI91321911218
218



E.  A person seeking Uninsured/Underinsured Motorists Coverage must also:

1.  Report the accident to the police or other civil authority within twenty-four (24) hours or as soon as practicable if a hit-and-run driver is involved.

2.  Promptly send us copies of the legal papers if a suit is brought.

F.  A person seeking Coverage for Damage to Your Auto must also:

1.  Take reasonable steps after loss to protect **your covered auto** or any **non-owned auto** and its equipment from further loss. We will pay reasonable expenses incurred to do this.

2.  Promptly notify the police if **your covered auto** or any **non-owned auto** is stolen.

3.  Permit us to inspect and appraise the damaged property before its repair or disposal when reasonably possible.

---

## PART F — GENERAL PROVISIONS

### POLICY PERIOD AND TERRITORY

A.  This policy applies only to accidents and losses which occur:

1.  During the policy period as shown in the Declarations; and

2.  Within the policy territory.

B.  The policy period is the period stated in the Declarations. The policy may be renewed for successive policy periods if the required premium is paid and accepted by us on or before the expiration of the current policy period. The premium will be computed at our then current rate for coverage then offered.

C.  The policy territory is:

1.  The United States of America, its territories or possessions;

2.  Puerto Rico; or

3.  Canada.

This policy also applies to loss to, or accidents involving, **your covered auto** while being transported between their ports.

### BANKRUPTCY

Bankruptcy or insolvency of the **insured** shall not relieve us of any obligations under this policy.

### CHANGES

A.  This policy, your Declarations page and endorsements issued by us to this policy contain all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

B.  The premium for this policy is based on information we have received from you or other sources. You agree to cooperate with us in determining if this information is correct and complete and you will notify us if it changes. If this information is incorrect, incomplete, or changes, we may adjust your premium during the policy term or take other appropriate action based upon the corrected, completed or changed information. Changes during the policy term that may result in a premium increase or decrease during the policy term include, but are not limited to, changes in:

1.  The number, type or use classification of insured vehicles.

2.  Operators using insured vehicles including newly licensed **family member** drivers and any household members that have licenses.

3.  The location where your vehicle is principally garaged.

4.  Customized equipment or parts.

You also agree to disclose all licensed drivers residing in your household.

C.  If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your

state. This paragraph (C.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or

2. An Amendatory Endorsement.

D. Additional or return premium of $3.00 or less resulting from policy changes will be waived unless you request any refund of $3.00 or less be sent to you.

## PAYMENT OF PREMIUM

If your initial premium payment is by check, draft or any remittance other than cash, coverage under this policy is conditioned upon the check, draft or remittance being honored upon presentment to the bank or other financial institution. If the check, draft or remittance is not honored upon presentment, this policy may, at our option, be deemed void from its inception. This means that we will not be liable under this policy for any claims or damages which would otherwise be covered if the check, draft, or remittance had been honored upon presentment.

This provision does not apply if the non-payment is cured within the earlier of 5 days after actual notice by certified mail is received by the applicant or 15 days after notice is sent to the applicant by certified mail or registered mail. If the contract is void, any premium received shall be refunded in full.

## FRAUD

This policy was issued in reliance upon the information provided on your application. We may void this policy if you or an **insured** concealed or misrepresented any material fact or circumstance; or engaged in fraudulent conduct related to this insurance, at the time application was made or any time during the policy period.

We may void this policy or deny coverage for an accident or loss if you or an **insured** have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, in connection with the presentation or settlement of a claim.

This provision does not apply to Personal Injury Protection Coverage.

## LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part A — Liability Coverage, no legal action may be brought against us until:

1. We agree in writing that the **insured** has a legal obligation to pay damages; or

2. The amount of that obligation has been finally determined by judgment after trial.

B. No person or organization has any right under this policy to bring us into any action to determine the legal liability of an **insured**.

## OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another person, entity or organization we shall be subrogated to that right. That person shall:

1. Do whatever is necessary to enable us to exercise our rights; and

2. Do nothing after loss to prejudice them.

However, our rights in this paragraph (A.) do not apply under Part D — Coverage for Damage to Your Auto, against any person using **your covered auto** with your express or implied permission or other person having lawful possession.

We shall not use that right if the person against whom it may be asserted is an **insured** under Part A — Liability Coverage of this policy.

Our rights do not apply under paragraph A. above with respect to coverage under section 2. of the definition of **uninsured motor vehicle** if we:

1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **uninsured motor vehicle**; and

2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and

2. We also have a right to recover advance payment.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment.

**TERMINATION**

**A. Cancellation.**

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. returning this policy to us; or

   b. giving us advance written or verbal notice of the date cancellation is to take effect. We may waive the requirement the notice be in writing by confirming the date and time of cancellation to you in writing.

2. The named insured:

   a. may not cancel this policy, if this policy provides Personal Injury Protection Coverage or Property Damage Liability Coverage, or both, during the first 60 days immediately following the effective date or renewal unless:

      (1) **your covered auto** has been totally destroyed so that it is no longer operable on the roads of Florida; or

      (2) the named insured transfers ownership of **your covered auto**; or

      (3) the named insured obtains other insurance on **your covered autos**; or

      (4) the named insured is a member of the United States Armed Forces and is called to or on active duty outside the United States in an emergency situation.

   b. may cancel for any reason after this policy is in effect for 60 days.

3. If this is a new policy, during the first 60 days following the effective date of the policy:

   a. We may not cancel for nonpayment of premium unless a check used to pay us is dishonored for any reason or any other type of premium payment is subsequently determined to be rejected or invalid; and

   b. We may cancel for any other underwriting reason allowable by law except for the lawful use, possession, or ownership of a firearm or ammunition by an insured or a household member of an insured.

4. After this policy is in effect for 60 days, or if this is a renewal policy, we will cancel only:

   a. for nonpayment of premium; or

   b. if your driver's license or that of:

      (1) any driver who lives with you; or

      (2) any driver who customarily uses **your covered auto**;

      has been suspended or revoked. This must have occurred during:

      (1) the policy period; or

      (2) the 180 days immediately preceding the original effective date of the policy; or

   c. if the policy was obtained through material misrepresentation or fraud.

5. Except as provided in Section 6., we may cancel by mailing by registered or certified mail or United States Post Office proof of mailing to the first-named insured shown in the Declarations at the address shown in the policy:

   a. at least 10 days' notice if cancellation is for nonpayment of premium; or

   b. at least 45 days' notice in all other cases.

6. In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:

   a. pay the additional premium and maintain this policy in full force under its original terms; or

   b. cancel this policy and demand a refund of any unearned premium;

   then this policy shall be canceled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

B. **Nonrenewal.**

If we decide not to renew or continue this policy, we will mail notice to the first-named insured shown in the Declarations at the address shown in this policy at least 45 days before the end of the policy period. Notice will be mailed by registered or certified mail or United States Post Office proof of mailing. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

We will not refuse to renew or continue this policy solely because:

1. You were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to:

   a. two such traffic violations within an 18-month period;

   b. three or more such traffic violations within a 36-month period; or

   c. exceeding the lawful speed limit by more than 15 miles per hour; or

2. You have had an accident. However, we may refuse to renew or continue this policy if, at the time of nonrenewal, you have had two or more at-fault accidents, or three or more accidents regardless of fault, within the current 3-year period.

3. Of the lawful use, possession, or ownership of a firearm or ammunition by an insured or household member of an insured.

C. **Automatic Termination.** If we offer to renew and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

Coverage for **your covered auto** shall automatically terminate on the effective date of any other motor vehicle insurance policy covering that vehicle.

D. **Other Termination Provisions.**

1. If the law in effect in your state at the time this policy is issued or renewed:

   a. requires a longer notice period;

   b. requires a special form of or procedure for giving notice; or

   c. modifies any of the stated termination reasons;

   we will comply with those requirements.

2. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

3. If this policy is canceled, you may be entitled to a premium refund. If so, we will send you the refund. If you cancel the policy, we will mail any premium refund, if any, within 30 days after the effective date of the cancellation or receipt of notice of cancellation, whichever is greater. If we cancel the policy, we will mail the premium refund, if any, within 15 days after the effective date of the cancellation. The premium refund, if any, will be computed on a pro rata basis. However, making or offering to make the refund is not a condition of cancellation.

4. The effective date of cancellation stated in the notice shall become the end of the policy period.

## TRANSFER OF YOUR INTEREST IN THIS POLICY

A. Your duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use **your covered auto**.

B. Coverage will only be provided until the end of the policy period.

## TWO OR MORE AUTOS INSURED; TWO OR MORE AUTO POLICIES

If this policy insures two or more autos or if any other auto insurance policy issued to you by us applies to the same accident, the maximum limit of our liability shall not exceed the highest limit applicable to any one auto. In no event shall the limit of liability of two or more motor vehicles or two or more policies be added together, combined, or stacked to determine the limit of insurance coverage available to you or any **insured**.

This provision does not apply to Uninsured Motorists Coverage to you, any **family member** or any other **rated driver** if you have purchased Uninsured Motorists Coverage — Stacked Option.

## LOSS PAYABLE CLAUSE

As to the interest of the loss payee, this policy will remain in effect from the inception date and until ten days after proof of mailing that the cancellation notice has been mailed to the loss payee. When we pay the loss payee we shall, to the extent of payment, have the loss payee's rights of recovery.

## MEDIATION

In any claim filed with us for:

1. Loss resulting from **bodily injury** in any amount of $10,000 or less;

2. **Property damage**; or

3. Loss to **your covered auto** or any **non-owned auto**;

either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Financial Services on a form which may be obtained from the Department. The request must state:

1. Why mediation is being requested; and

2. The issues in dispute which are to be mediated.

Only one mediation may be requested for each claim, unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

The Department shall randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference, which will be held within 45 days of the request for mediation, the conference may be held by telephone, if feasible.

The mediation shall be conducted as an informal process and formal rules of evidence and procedure need not be observed. Participants must:

1.  Have authority to make a binding decision; and

2.  Mediate in good faith.

Costs of the mediation shall be shared equally by both parties unless the mediator determines that one party has not mediated in good faith.

**STORAGE COSTS**

If you give us your consent, we may move the damaged property, at our expense, to reduce storage costs during the claims process. If you do not give us your consent, we will pay only the storage costs which would have resulted if we had moved the damaged property.

## ADDITIONAL COVERAGES

**AGREEMENT: WE WILL PROVIDE THE INSURANCE DESCRIBED IN EACH OF THE FOLLOWING ADDITIONAL COVERAGES ONLY IF INDICATED IN THE DECLARATIONS.**

**UNINSURED MOTORISTS COVERAGE — NON-STACKED OPTION**

If UNINSURED MOTORISTS COVERAGE — NON-STACKED OPTION is chosen, PART C — UNINSURED MOTORISTS COVERAGE — STACKED is replaced by the following:

**INSURING AGREEMENT**

A.  We will pay damages which an **insured** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury**:

   1.  Sustained by an **insured**; and

   2.  Caused by an accident.

   The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

   Any judgment for damages arising out of suit brought without our written consent is not binding on us.

B.  "**Insured**" as used in this Uninsured Motorists Coverage means:

   1.  You or any **family member**.

   2.  Any **rated driver**.

   3.  Any other person **occupying your covered auto** with your express or implied permission.

   4.  Any person entitled to recover damages because of **bodily injury** to which this coverage applies sustained by a person described in B.1., B.2. or B.3. above.

C.  "**Rated driver**" means a person residing in your household at the time of the loss who is not a **family member**, but only if that person is listed as a **rated driver** on your Policy Declarations page and not insured for uninsured motorists coverage by any other insurance policy.

D.  "**Uninsured motor vehicle**" means a land motor vehicle or **trailer** of any type:

   1.  To which no bodily injury liability bond or policy applies at the time of the accident.

   2.  To which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for **bodily injury** under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

   3.  Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in **bodily injury** without hitting:

      a.  you, any **family member** or any other **rated driver**;

      b.  a vehicle which you, any **family member** or any other **rated driver are occupying**; or



    c.  **your covered auto**.

If there is no physical contact with the hit-and-run vehicle the facts of the accident must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

4.  To which a bodily injury liability bond or policy applies at the time of the accident, but the bonding or insuring company:

    a.  denies coverage; or

    b.  is or becomes insolvent.

However, "**uninsured motor vehicle**" does not include any vehicle or equipment:

1.  Owned by or furnished or available for the regular use of you or any **family member** unless it is a **your covered auto** to which Part A of the policy applies and liability coverage is excluded for any person other than you or any **family member** for damages sustained in the accident by you or any **family member**.

2.  Operated on rails or crawler treads.

3.  Designed mainly for use off public roads while not upon public roads.

4.  While located for use as a residence or premises.

## EXCLUSIONS

A.  We do not provide Uninsured Motorists Coverage for **bodily injury** sustained:

1.  By an **insured** while **occupying** any motor vehicle owned by that **insured** which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2.  By any **family member** while **occupying** any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B.  We do not provide Uninsured Motorists Coverage for **bodily injury** sustained by any **insured**:

1.  If that **insured** or the legal representative settles the **bodily injury** claim without our consent. However, this exclusion (B.1.) does not apply:

    a.  if such settlement does not prejudice our right to recover payment; or

    b.  to a settlement made with the insurer of a vehicle described in section 2. of the definition of **uninsured motor vehicle**.

2.  While **occupying your covered auto** when it is being used as a public or livery conveyance. This includes any period of time while it is being used by any person who is logged into a **transportation network platform** as a driver, whether or not a passenger is **occupying** the vehicle. This exclusion (**B.2.**) does not apply to a share-the-expense car pool.

3.  While using any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

4.  While using a vehicle without the express or implied permission of the owner or other person having lawful possession. However, this exclusion does not apply to you, any **family member** or any other **rated driver** using **your covered auto**.

5.  While **occupying** or operating a motorcycle or moped owned by you or any **family member** or any other **rated driver**, for which uninsured motorists coverage has not been purchased on your motorcycle or moped policy.

6.  While using any vehicle while it is:

    a.  located inside a facility designed for racing, for the purpose of preparing for, practicing for, used in, or competing in any prearranged or organized:

        (1)  race activity; or

        (2)  speed, performance, stunt, or demolition contest or exhibition; or

     **b.**   participating in a high performance driving or racing instruction course or school.

     This exclusion does not apply to an organized and controlled event that is not a speed, performance, stunt or demolition event.

**7.**   With respect to damages for pain, suffering, mental anguish or inconvenience unless the **bodily injury** consists in whole or in part of:

     **a.**   significant and permanent loss of an important bodily function;

     **b.**   permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

     **c.**   significant and permanent scarring or disfigurement; or

     **d.**   death.

**C.**   This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

   **1.**   Workers' compensation law; or

   **2.**   Disability benefits law.

**D.**   We do not provide Uninsured Motorists Coverage for **punitive or exemplary damages**.

**LIMIT OF LIABILITY**

**A.**   When the **insured** is **occupying your covered auto** at the time of the accident:

   **1.**   The limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to that **your covered auto** is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in that accident; and

   **2.**   Subject to this limit for each person, the limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to that **your covered auto** is our maximum limit of liability for all damages for **bodily injury** resulting from that accident.

**B.**   When the **insured** is not **occupying your covered auto** at the time of the accident:

   **1.**   The highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to any of **your covered autos** is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in that accident; and

   **2.**   Subject to this limit for each person, the highest limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to any of **your covered autos** is our maximum limit of liability for all damages for **bodily injury** resulting from that accident.

This is the most we will pay regardless of the number of:

   **1.**   **Insureds**;

   **2.**   Claims made;

   **3.**   Vehicles or premiums shown in the Declarations; or

   **4.**   Vehicles involved in the accident.

**C.**   No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

   **1.**   Part **A** — Liability Coverage of this policy;

   **2.**   No-fault coverage; or

   **3.**   Automobile medical payments coverage.

**D.**   We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

E.  We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

   1.  Workers' compensation law; or

   2.  Disability benefits.

F.  With respect to coverage under Paragraph 2. of the definition of **uninsured motor vehicle**, we will reduce the **insured's** total damages by any amount available to that **insured**, under any bodily injury liability bonds or policies applicable to the **uninsured motor vehicles**, that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of an **uninsured motor vehicle**. However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage.

   This Paragraph (F.) shall not apply if we advance payment to the **insured** in an amount equal to the tentative settlement with the insurer of the **uninsured motor vehicle**.

G.  A vehicle and attached **trailer** are considered one vehicle. Therefore, the limits of liability will not be increased for an accident involving a vehicle which has an attached **trailer**.

H.  If Combined Single Limit Uninsured Motorists Coverage applies, Paragraphs A. and B. of the Limit of Liability Provision for Uninsured Motorists Coverage is replaced by the following:

   The limit of liability shown in the Declarations for this coverage applicable to **your covered auto** involved in the accident is our maximum limit of liability for all damages for **bodily injury** resulting from that accident. If there is no **your covered auto** involved in the accident, then our maximum limit of liability for all damages for **bodily injury** resulting from that accident will be the highest limits of liability shown in the Declarations for this coverage applicable to any one **your covered auto**. This is the most we will pay regardless of the number of:

   1.  **Insureds**;

   2.  Claims made;

   3.  Vehicles or premiums shown in the Declarations; or

   4.  Vehicles involved in the accident.

## OTHER INSURANCE

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Uninsured Motorists Coverage:

   1.  Any recovery for damages sustained by you, any **family member** or any other **rated driver**:

      a.  while **occupying** a vehicle owned by you, any **family member** or any other **rated driver** may equal, but not exceed, the limit of liability for Uninsured Motorists Coverage applicable to that vehicle;

      b.  while **occupying** a vehicle not owned by you, any **family member** or any other **rated driver** may equal, but not exceed, the sum of:

         (1)  the limit of liability for Uninsured Motorists Coverage applicable to the vehicle you, any **family member** or any other **rated driver** were **occupying** at the time of the accident; and

         (2)  the highest limit of liability for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to you, any **family member** or any other **rated driver**;

      c.  if at the time of the accident the injured person is not **occupying** a motor vehicle, he is entitled to select any one limit of uninsured motorist coverage for any one vehicle afforded by a policy under which he is insured as a named insured or as an insured resident of the named insured's household.

   2.  Any insurance we provide with respect to a vehicle you do not own will be excess over any other collectible insurance.

   3.  We will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

## ARBITRATION

A.  If we and an **insured** do not agree:

1.  Whether that **insured** is legally entitled to recover damages; or

2.  As to the amount of damages which are recoverable by that **insured**;

from the owner or operator of an **uninsured motor vehicle**, then the matter may be:

1.  Mediated, in accordance with the Mediation provision contained in Part F — General Provisions of the policy, if the damages resulting from **bodily injury** are for $10,000 or less; or

2.  Arbitrated. However, disputes concerning coverage under this Uninsured Motorists Coverage may not be arbitrated.

If either party demands mediation, the mediation must be completed before arbitration can occur.

B.  Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

Each party will:

1.  Pay the expenses it incurs; and

2.  Bear the expenses of the third arbitrator equally.

C.  Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1.  Whether the **insured** is legally entitled to recover damages; and

2.  The amount of damages.

## FLORIDA ARBITRATION CODE

If we and an **insured** agree to arbitration, the Florida Arbitration Code will not apply.

## ADDITIONAL DUTIES

A person seeking Uninsured Motorists Coverage under section 2. of the definition of **uninsured motor vehicle** must also promptly:

1.  Send us copies of the legal papers if a suit is brought; and

2.  Notify us in writing by certified or registered mail of a tentative settlement between the **insured** and the insurer of the **uninsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **uninsured motor vehicle**.

## EXTENDED PERSONAL INJURY PROTECTION COVERAGE

## INSURING AGREEMENT

If the Declarations indicates that Extended Personal Injury Protection applies. Extended Personal Injury Protection Coverage replaces the Personal Injury Protection Coverage in the policy.

A.  We will pay in accordance with the Florida Motor Vehicle No-Fault Law as amended, extended personal injury protection benefits to or for an **insured** who sustains **bodily injury**. The **bodily injury** must be caused by an accident arising out of the ownership, maintenance or use of a **motor vehicle** and sustained by:

1.  You or any **family member** while **occupying a motor vehicle** or, while a **pedestrian**, through being struck by a **motor vehicle**.

2.  Any other person while **occupying your covered auto** or, while a **pedestrian**, through being struck by **your covered auto**.

**B.** Extended personal injury protection benefits consist of:

1. **Medical Benefits.** Reasonable expenses as listed in the schedule under the Florida Motor Vehicle No-Fault Law, § 627.736(5)(a) for **medically necessary** medical, surgical, X-ray, dental, and rehabilitative services including prosthetic devices, and medically necessary ambulance, hospital, and nursing services if the individual receives initial services and care within 14 days after the motor vehicle accident. The **medical benefits** provide reimbursement only for:

   **a.** Initial services and care that are lawfully provided, supervised, ordered or prescribed by a physician, osteopathic physician, chiropractic physician or dentist licensed under Florida statutes or that are provided in a hospital or in a facility that owns, or is wholly owned by, a hospital. Initial services and care may also be provided by a person or entity licensed under Florida statutes which provides emergency transportation and treatment.

   **b.** Upon referral by a provider described in 1.a. above, follow-up services and care consistent with the underlying medical diagnosis rendered pursuant to 1.a. above which may be provided, supervised, ordered, or prescribed only by a physician, osteopathic physician, chiropractic physician or dentist licensed under Florida statutes to the extent permitted by applicable law and under the supervision of such physician, osteopathic physician, chiropractic physician, or dentist, by a physician assistant

   or advanced registered nurse practitioner licensed under Florida statutes. Follow-up services and care may also be provided by any of the following persons or entities:

   (1) a hospital or ambulatory surgical center licensed under Florida statutes.

   (2) an entity wholly owned by one or more physicians, osteopathic physician, chiropractic physicians or dentists licensed under Florida statutes or by such practitioners and the spouse, parent, child, or sibling of such practitioners.

   (3) an entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals.

   (4) a physical therapist licensed under Florida statutes based upon a referral by a provider described in this 1.b. provision.

   (5) A health care clinic licensed under the Florida Health Care Clinic Act:

      (a) Which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities, or the Accreditation Association for Ambulatory Health Care, Inc.; or

      (b) Which:

         (i) Has a licensed medical director;

         (ii) Has been continuously licensed for more than 3 years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and

         (iii) Provides at least four of the following medical specialties:

            i. General medicine;

            ii. Radiography;

            iii. Orthopedic medicine;

            iv. Physical medicine;

            v. Physical therapy;

            vi. Physical rehabilitation;

            vii. Prescribing or dispensing outpatient prescription medication; or

            viii. Laboratory services;

            as authorized under the Florida Motor Vehicle No-Fault Law.

c. reimbursement for services and care provided in **1.a.** or **1.b.** above, up to $10,000 if a physician, dentist, physician assistant or an advanced registered nurse practitioner licensed under Florida statutes has determined that the injured person had an **emergency medical condition**.

d. reimbursement for services and care provided in **1.a.** or **1.b.** above is limited to $2,500 if a provider listed in this paragraph **1.a.** or **1.b.** determines that the injured person did not have an **emergency medical condition**.

e. **medical benefits** do not include massage as defined in Florida statutes, § 480.033 or acupuncture as defined in Florida statutes, § 457.102, regardless of the person, entity, or licensee providing massage or acupuncture, and a licensed massage therapist or licensed acupuncturist may not be reimbursed for **medical benefits** under this section.

**Medical benefits** are reimbursed up to 100% for you or a **family member** or 80% of the schedule of maximum charges listed in the Florida Motor Vehicle No-Fault Law § 627.736(5)(a), Florida Statutes and as described under the Extended Personal Injury Protection Limit of Liability, paragraph **F.** for such services and care that are lawfully provided for **insureds** other than you or any **family member**, supervised, ordered or prescribed by a healthcare provider or facility authorized under Florida's Motor Vehicle No-Fault Law as amended.

We will pay:

a. 100% of **medical benefits** incurred by you or any **family member**; and

b. 80% of **medical benefits** incurred by any other **insured**.

2. **Work loss.** With respect to the period of disability of an **insured**, for any loss of gross income and earning capacity from that **insured's inability** to work due to **bodily injury**. However, **work loss** does not include any loss after an **insured's** death.

We will pay:

a. 80% of **work loss** to or for you or any **family member**.

b. 60% of **work loss** to or for any other **insured**.

3. **Replacement Services.** With respect to the period of disability of an **insured**, all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the **insured** would have performed, without income, for the benefit of the **insured's** household had the **insured** not sustained **bodily injury**.

4. **Accidental Death.** A death benefit.

**C. DEFINITIONS APPLICABLE TO THIS COVERAGE**

1. For purposes of Extended Personal Injury Protection Coverage, a **motor vehicle** shall be deemed to be owned by a person if that person:

   a. holds the legal title to such vehicle.

   b. is a debtor having the right to possession, if such vehicle is the subject of a security agreement.

   c. is a lessee having the right to possession, if such vehicle is the subject of a lease which:

      (1) has an option to purchase; and

      (2) is for a period of at least 6 months.

   d. is a lessee having the right to possession, if such vehicle is the subject of a lease which:

      (1) does not have an option to purchase;

      (2) is for a period of at least 6 months; and

      (3) requires the lessee to secure insurance.

2. **"Emergency medical condition"** in this coverage means a medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonably be expected to result in any of the following:

   a. serious jeopardy to patient health.



      b.   serious impairment to bodily functions.

      c.   serious dysfunction of any body organ or part.

3.   "**Insured**" means:

      a.   you or any **family member** while:

          (1)   **occupying**; or

          (2)   a **pedestrian** struck by;

         a **motor vehicle**.

      b.   any other person while:

          (1)   **occupying**; or

          (2)   a **pedestrian** struck by;

         **your covered auto**.

4.   "**Medically necessary**" refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease or symptom in a manner that is:

      a.   in accordance with the generally accepted standards of medical practice;

      b.   clinically appropriate in terms of type, frequency, extent, site and duration; and

      c.   not primarily for the convenience of the patient, physician or other health care provider.

5.   "**Motor vehicle**" means:

      a.   any self-propelled vehicle with four or more wheels which is:

          (1)   designed; and

          (2)   required to be licensed;

         for use on Florida highways.

      b.   any trailer or semitrailer designed for use with such vehicle.

      However, "**motor vehicle**" does not include:

      a.   any motor vehicle which is:

          (1)   used in mass transit other than public school transportation;

          (2)   designed to transport more than five passengers (excluding the operator); and

          (3)   owned by a:

              (a)   municipality;

              (b)   transit authority; or

              (c)   political subdivision of the state.

      b.   a mobile home.

6.   "**Occupying**" means:

      a.   in or upon;

      b.   entering into; or

      c.   alighting from.

7.   "**Pedestrian**" means a person who is not **occupying** a self-propelled vehicle.

8.   "**Your covered auto**" means a **motor vehicle** owned by you and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law as amended, and either:

      a.   a premium is charged; or

      b.   it is a **trailer**, other than a mobile home, designed for use with a **motor vehicle**.

**EXCLUSIONS**

**A.** We do not provide Extended Personal Injury Protection Coverage for any **insured**:

   **1.** While operating **your covered auto** without your express or implied consent.

   **2.** If that **insured's** conduct contributed to his/her **bodily injury** under any of the following circumstances:

       **a.** intentionally causing **bodily injury** to himself/herself; or

       **b.** while committing a felony.

   **3.** Other than you, if that **insured** owns a **motor vehicle** for which security is required under the Florida Motor Vehicle No-Fault Law as amended.

   **4.** Other than you or any **family member**, who is entitled to personal injury protection benefits from a person who owns a **motor vehicle** which is not **your covered auto** under this policy, or from that vehicle's owner's policy.

   **5.** Who sustains **bodily injury** while **occupying** a motor vehicle located for use as a residence or premises.

   **6.** While **occupying your covered auto** while it is being used during any period of time that **insured** is logged into a **transportation network platform** as a driver, whether or not a passenger is **occupying** the vehicle.

**B.** We do not provide Extended Personal Injury Protection Coverage for:

   **1.** You or any **family member** while **occupying** a motor vehicle which is:

       **a.** owned by you; and

       **b.** not a vehicle covered under this policy.

   **2.** Any **pedestrian**, other than you or any **family member** who is not a legal resident of Florida.

   **3.** Any person operating **your covered auto** without your express or implied consent.

**PAYMENT OF LOSS**

We may pay the **insured** or any person or organization providing the medical services, supplies or care.

**LIMIT OF LIABILITY**

**A.** Regardless of the number of:

   **1.** **insureds**;

   **2.** Policies or bonds applicable;

   **3.** Vehicles involved; or

   **4.** Claims made;

   the total aggregate limit of liability for all **medical benefits, work loss and replacement services** available, to or for each **insured** injured in any one accident, from all sources combined, including this policy shall be $10,000. Regardless of whether payments are made under the No-Fault Law or under Extended Personal Injury Protection, the $10,000 limit is the maximum payable under this Extended Personal Injury Protection Coverage.

**B.** Any amount payable under this Extended Personal Injury Protection Coverage shall be reduced by any amounts paid or payable for the same elements of loss under any workers' compensation laws.

**C.** Any coverage provided under any Uninsured Motorists Coverage of this policy shall be excess over any personal injury protection benefits paid or payable.

**D.** Any amounts payable under this coverage shall be subject to Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers.

E.  The amount of any deductible shown in the Declarations must be applied to 100 percent of the following required personal injury protection related expenses and losses:

The total amount otherwise payable under this coverage for:

1.  **Medical benefits**;

2.  **Work loss**; and

3.  **Replacement services**;

for each **Insured** to whom the deductible applies.

**Accidental death** is not subject to a deductible.

F.  Any amounts payable under this coverage for **medical benefits** shall not exceed the prescribed Schedule of Maximum Charges for such medical expenses as prescribed by the Florida Motor Vehicle No-Fault Law.

We will limit reimbursement of medical expenses to 100 percent of a properly billed reasonable charge, but in no event will we pay more than 100 percent of the following schedule of maximum charges:

1.  For emergency transport and treatment by providers licensed under Chapter 401, Florida Statutes, 200 percent of Medicare.

2.  For emergency services and care provided by a hospital licensed under Chapter 395, Florida Statutes, 75 percent of the hospital's usual and customary charges.

3.  For emergency services and care as defined by § 395.002, Florida Statutes, provided in a facility licensed under Chapter 395, Florida Statutes, rendered by a physician or dentist, and related hospital inpatient services rendered by a physician or dentist, the usual and customary charges in the community.

4.  For hospital inpatient services, other than emergency services and care, 200 percent of the Medicare Part A prospective payment applicable to the specific hospital providing the inpatient services.

5.  For hospital outpatient services, other than emergency services and care, 200 percent of the Medicare Part A Ambulatory Payment Classification for the specific hospital providing the outpatient services.

6.  For all other medical services, supplies, and care, 200 percent of the allowable amount under:

    a.  The participating physicians fee schedule of Medicare Part B, except as provided in sub-subparagraphs **b.** and **c.**

    b.  Medicare Part B, in the case of services, supplies, and care provided by ambulatory surgical centers and clinical laboratories.

    c.  The Durable Medical Equipment Prosthetics/Orthotics and Supplies fee schedule of Medicare Part B, in the case of durable medical equipment.

    However, if such services, supplies, or care is not reimbursable under Medicare Part B, we will limit reimbursement to 100 percent of the maximum reimbursable allowance under workers' compensation, as determined under § 440.13, Florida Statutes, and rules adopted thereunder which are in effect at the time such services, supplies, or care is provided. Services, supplies, or care that is not reimbursable under Medicare or workers' compensation will not be reimbursed by us. However, you and any **family member** are covered for 100% of reasonable expenses.

    For purposes of the above, the applicable fee schedule or payment limitation under Medicare is the fee schedule or payment limitation in effect on March 1 of the year in which the services, supplies, or care were rendered until March 1 of the following year and for the area in which such services, supplies or care were rendered, except that it may not be less than the allowable amount under the participating physicians schedule of Medicare Part B for 2007 for medical services, supplies, and care subject to Medicare Part B.

G.  Any death benefit payable under Extended Personal Injury Protection Coverage shall be $5,000 per person. Death benefits are in addition to the **medical benefits**, **work loss** and **replacement services** provided under the policy.

**OTHER INSURANCE**

A.  No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an **Insured** receives personal injury protection benefits from another insurer, that insurer shall

be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

B.  If an **insured** sustains **bodily injury** while:

1.  **Occupying**; or

2.  Struck by a **motor vehicle** rented or leased under a rental or lease agreement;

the personal injury protection benefits afforded under the leasor's policy shall be primary.

This provision (**B.**) does not apply if the face of the rental or lease agreement contains, in at least 10-point type, the following language:

The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by § 324.021(7) and § 627.736 Florida Statutes.

**GENERAL PROVISIONS APPLICABLE TO THIS COVERAGE ONLY**

With respect to this coverage, Part F — General Provisions is revised as follows:

**POLICY TERRITORY**

The policy territory is:

1.  Florida.

2.  The United States of America, its territories or possessions or Canada.

This provision applies only to:

a.  you or any **family member** while **occupying your covered auto**; or

b.  you while **occupying a motor vehicle**:

(1)  owned by any **family member**; and

(2)  for which security is maintained as required by the Florida Motor Vehicle No-Fault Law as amended.

**FRAUD**

We do not provide Personal Injury Protection Coverage for an **insured** if that **insured** has committed, by a material act or omission, any insurance fraud relating to Personal Injury Protection Coverage under this policy, and if the fraud is:

1.  Admitted to in a sworn statement by the **insured**; or

2.  Established in a court of competent jurisdiction.

Any insurance fraud shall void all coverage arising from the claim related to such fraud under the personal injury protection coverage of the **insured** who committed the fraud, irrespective of whether a portion of the **insured's** claim may be legitimate, and any benefits paid prior to the discovery of the **insured's** insurance fraud shall be recoverable by us from the person who committed insurance fraud in their entirety. The prevailing party is entitled to its costs and attorney's fees in any action in which it prevails in an insurer's action to enforce its right of recovery under this paragraph.

If we have a reasonable belief that a fraudulent insurance act has been committed, we will notify you, in writing, within 30 days after submission of the claim that the claim is being investigated for suspected fraud. Beginning at the end of the initial 30-day period, the insurer has an additional 60 days to conduct its fraud investigation. We must either deny the claim or pay the claim no later than 90 days after submission of the claim.

**LEGAL ACTION AGAINST US**

A.  No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, no legal action may be brought against us:

1.  Until the claim for benefits is overdue in accordance with the provisions of Payment of Benefits, paragraph 1.; and

2.  Until a demand letter is provided to us in accordance with the requirements of the Florida Motor Vehicle No-Fault Law as amended; and

3. With respect to the overdue claim specified in the demand letter, if we have:

   a. paid the overdue claim; or

   b. agreed to pay for future treatment not yet rendered;

   within 30 days from the date of receipt of the demand letter by us, in accordance with the requirements of the Florida Motor Vehicle No-Fault Law as amended.

   The demand letter shall be mailed to us by U.S. certified mail or registered mail, return receipt requested.

**B.** No person or organization has any right under this policy to bring us into any action to determine the liability of an **insured**.

**C.** If legal action is brought against us, all claims related to the same health care provider for the same **insured** shall be brought in one action, unless good cause is shown why such claims should be brought separately.

## OUR RIGHT TO RECOVER PAYMENT

**A.** If we make a payment under this Extended Personal Injury Protection Coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

   1. Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and

   2. Do nothing after loss to prejudice these rights.

**B.** If we make a payment under this Extended Personal Injury Protection Coverage and the person to or for whom payment was made sustained **bodily injury** while:

   1. **Occupying**; or

   2. A **pedestrian** struck by;

   a commercial motor vehicle, as defined in the Florida Motor Vehicle No-Fault Law as amended, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle or that person's insurer.

   However, our right of reimbursement under Paragraph B. does not apply to the owner or registrant of a **motor vehicle** used as a taxicab.

## PAYMENT OF BENEFITS

   1. Benefits payable under Extended Personal Injury Protection may be overdue if not paid within 30 days after written notice of loss and the amount of loss have been filed with us in accordance with the provisions of the Florida Motor Vehicle No-Fault law as amended.

   2. We may, at our option, pay any **medical benefits** to the:

      a. **insured**; or

      b. person or organization providing services or supplies for such benefits.

   However, we will not pay:

      a. a claim or charges for such benefits made by a:

         (1) broker, as defined in the Florida Motor Vehicle No-Fault Law as amended; or

         (2) person making the claim on behalf of such broker.

      b. any charge or reimbursement made by or on behalf of a clinic that is required to be licensed with the Agency For Health Care Administration:

         (1) but is not so licensed; or

         (2) that is otherwise operating in violation of the Florida Health Care Clinic Act.

      c. a claim or charges for such benefits:

         (1) for any service or treatment that was not lawful at the time rendered;

(2) to any person who knowingly submits a false or misleading statement relating to the claim or charges;

(3) with respect to a bill or statement that does not substantially meet the applicable requirements of FLA. STAT. SECTION § 627.736(5)(d);

(4) for any service or treatment that is:

    (a) upcoded; or

    (b) that is unbundled when such treatment or service should be bundled;

    in accordance with the provisions of the Florida Motor Vehicle No-Fault Law as amended;

(5) for any medical services or treatment billed by a physician and not provided in a hospital unless such services or treatment:

    (a) are actually rendered by the physician or are incident to the physician's professional services; and

    (b) are included on the physician's bill, including documentation verifying that the physician is responsible for the medical services or treatment that were rendered and billed.

**d.** for any invalid diagnostic test as determined by the Florida Department of Health in accordance with the Florida Motor Vehicle No-Fault Law as amended.

**e.** charges for any services rendered by any person who violates the provisions of FLA. STAT. SECTION 817.234(8) in regard to the **Insured** for whom such services were rendered and with respect to soliciting business or causing business to be solicited from any **Insured** involved in a motor vehicle accident for the purpose of making:

(1) motor vehicle tort claims; or

(2) claims for personal injury protection benefits.

**3.** If a person seeking Extended Personal Injury Protection Coverage as a result of an injury sustained while committing a felony, is charged with committing that felony, we shall withhold benefits until, at the trial level:

**a.** the prosecution makes a formal entry on the record that it will not prosecute the case against that person;

**b.** the charge is dismissed; or

**c.** that person is acquitted.

**4.** If we pay only a portion of a claim or reject a claim due to an alleged error in the claim, we, at the time of the partial payment or rejection, will provide an itemized specification or explanation of benefits due to the specified error. Upon receiving the specification or explanation, the person making the claim, at the person's option and without waiving any other legal remedy for payment, has 15 days to submit a revised claim, which will be considered a timely submission of written notice of a claim.

**5.** We will create and maintain for each **insured** a log of personal injury protection benefits paid by us on behalf of the **insured**. If litigation is commenced, we shall provide the **insured** a copy of the log within 30 days after receiving a request for the log from the **insured**.

**6.** If there is a dispute between an **insured** and us, or between an assignee of the **insured's** rights and us, upon request, we will notify the **insured** or the assignee that the policy limits under this coverage have been reached within 15 days after the limits have been reached.

## MODIFICATION OF POLICY COVERAGES

**A.** Any coverage provided under Part **B** — Medical Payments Coverage or any Uninsured Motorists Coverage of this policy shall be excess over any personal injury protection benefits paid or payable.

**B.** No coverage is provided under Part **B** — Medical Payments Coverage for the amount of any applicable deductible under Extended Personal Injury Protection Coverage.

**PROVISIONAL PREMIUM**

A.  In the event of any change in the:

1.  Rules;

2.  Rates;

3.  Rating plan;

4.  Premiums; or

5.  Minimum premiums;

applicable to Extended Personal Injury Protection, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law as amended which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under Part A — Liability Coverage, Part B — Medical Payments Coverage or any Uninsured Motorists Coverage of this policy shall be deemed to be provisional and subject to recomputation.

B.  If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to you, in accordance with the Florida Motor Vehicle No-Fault Law as amended, with respect to insurance provided under a previous policy.

C.  If the final recomputed premium exceeds the premium shown in the Declarations, you shall pay us:

1.  The excess amount; and

2.  The amount of any return premium previously credited or refunded.

---

**ROADSIDE ASSISTANCE COVERAGE** CALL 1-877-ROAD101 **(1-877-762-3101)**

**"Your covered auto"** as used in this endorsement means a private passenger vehicle, motorhome or trailer owned by you and for which a specific premium is shown on the Declarations for this coverage.

The following coverages apply to each vehicle for which this coverage is shown on the Policy Declarations:

1.  Each time **your covered auto** or any **non-owned auto** is disabled due to mechanical or electrical breakdown we will pay reasonable and necessary expenses for the use of an **authorized service provider** to tow or flatbed **your covered auto** or **non-owned auto** up to 15 miles or to the nearest qualified place where necessary repairs can be made during regular business hours.

2.  Each time **your covered auto** or any **non-owned auto** is disabled requiring:

    a.  Towing to dislodge the vehicle from its place of disablement within 100 feet of a public street or highway; or

    b.  Labor, including change of tire, at the place of its breakdown; or

    c.  Delivery of fuel, oil, water or other fluids (we do not pay the costs of these items); or

    d.  Key lock-out services;

    we will cover up to one (1) hour of labor for the use of an **authorized service provider** for service at the place of disablement.

3.  For policies with a 6 month term, coverage is limited to no more than two occurrences per vehicle plus an additional two occurrences per policy in a 6 month policy period for both coverages **1.** and **2.**, above.

4.  For policies with an annual policy term, coverage is limited to no more than four occurrences per vehicle plus an additional four occurrences per policy in a 12 month policy period for both coverages **1.** and **2.** above.

**Authorized service provider** means a service provider contracted by us providing, at no charge to you, roadside assistance as described and limited above.

When service is provided by other than an **authorized service provider**, we will reimburse you only for reasonable charges as determined by us.

No deductible applies to this coverage.

**LOSS OF USE COVERAGE**

The provisions and exclusions that apply to Part **D** — Coverage for Damage to Your Auto also apply to this coverage except as changed below:

When there is a loss to any vehicle described in the Declarations for which a specific premium charge indicates that Loss of Use is afforded, we will reimburse you for expenses you incur to rent a substitute vehicle.

This coverage applies only if:

    1.   The vehicle is withdrawn from use for more than 24 hours;

    2.   The loss is caused by **collision**, or is covered by the Comprehensive Coverage of this policy.

However, this coverage does not apply to losses caused by **collision** if Collision Coverage does not apply to the vehicle.



Our payment will be limited to that period of time reasonably required to repair or replace the vehicle. We will pay up to the amount per day and the maximum shown for Loss of Use in the Declarations.

No deductible applies to this coverage.





This policy has been signed by our President and Secretary.

James MacPhee
President

Mark C. Touhey
Vice President and Secretary

This policy includes copyrighted material of Insurance Services Office, Inc. with its permission.

SA-1701/FLEP 3/09
G4



## FLORIDA REPORTING REQUIREMENT

First, your agent and we appreciate having you as a customer, and we promise to do all possible to cause you to want to continue your insurance with us.

If you ever have questions about any insurance matter, please talk with your agent who will be happy to help you.

Second, we want you to know that, with respect to Personal Injury Protection, Florida law requires us to report any cancellation or nonrenewal of a policy to the Department of Highway Safety and Motor Vehicles. To effect reinstatement of the suspended driver's license or registration, the following fees must be paid to the Department of Highway Safety and Motor Vehicles:

1.  $150 for the first reinstatement after July 6, 1988.

2.  $250 for the second reinstatement.

3.  $500 for each subsequent reinstatement during the 3 years following the first reinstatement.

4.  If the person does not have a second reinstatement within 3 years after the initial reinstatement, the reinstatement fee shall be $150 for the first reinstatement after the 3 year period.

You should know, too, that failure to maintain Personal Injury Protection and Property Damage Liability insurance on a motor vehicle, when required by law, may result in the loss of registration and driving privileges in Florida.

SA-1611/FLEP 9/15



## IMPORTANT NOTICE REGARDING YOUR INSURANCE SCORE

An insurance score is one of the pieces of information insurance companies use to help determine your eligibility for coverage and your premium. Insurance scores are developed using credit information provided by consumer reporting agencies. We will be updating your insurance score once every two years. In the meantime, you may request that we obtain updated credit information. We will then reevaluate your premium based on this updated information and implement the result. This may result in a lower premium or no change in premium at the renewal of your policy.

If you wish to request this reevaluation, please contact your agent. Your agent's telephone number is listed on your Policy Declarations page.

Thank you for entrusting us with your insurance needs. We appreciate having you as a customer.

SA-1468/FLEP 12/04



