UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSE DREICER,

    Plaintiff,                          CASE NO: 3:23-cv-00842-BJD-PDB

vs.

SAFECO INSURANCE COMPANY OF ILLINOIS,
a Foreign Profit Corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

    COMES NOW the Defendant, Safeco Insurance Company of Illinois, by and through the undersigned attorney, and files this Notice of Settlement, and would state that all parties have reached a full and final settlement of all pending claims and are in the process of exchanging the settlement funds and release. Upon completion of same, the Plaintiff will voluntarily dismiss this action with prejudice, each party to bear their own fees and costs. No further judicial labor or action is anticipated.

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED, that a true and correct copy of the foregoing was furnished electronically to the Clerk of Court, this 8th day of December, 2023, by using the CM/ECF system to all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Attorneys for Defendant:

/s/Allen C. Sang

ALLEN C. SANG, ESQUIRE
Florida Bar No.: 603960
acs@beauchampsang.com
BEAUCHAMP, SANG, GONZALES & PHILPOTT, P.A.
1850 Lee Road, Suite 334
Winter Park, Florida 32789
(407) 622-7888
(407) 622-7890 (FAX)